Unit Human Resources Administrator II/Supervisor:

Oversees and administers the human resources functions for a large complex administrative unit by effectively facilitating and transferring knowledge. Serves as a resource to department administrators and a liaison to central MSU Human Resources to manage and coordinate human resource activities and to interpret and implement human resources policies, procedures and practices.

CHARACTERISTIC DUTIES – RESPONSIBILITIES

- Manages and serves as the Human Resources subject matter expert for all Human Resources related functions.
- Partners with MSU central Human Resources and unit HR representatives to ensure alignment with regards to policies, procedures, practices.
- Ensures unit is in compliance with MSU policies, procedures, and collective bargaining agreements.
- Represents the unit at grievances, arbitrations, worker's compensation hearings and labor negotiations; assists in related labor/management functions.
- Resolves complex problems with faculty, staff, student employees and department administrators in the administration of HR programs and functions.
- Administers and coordinates the processing of all personnel actions for the unit.
- Recruits, interviews, and selects applicants for unit positions, utilizing Equal Opportunity and Affirmative Action guidelines.
- Organizes and conducts orientation programs, tours and related activities for new employees.
- Fosters a culture of inclusiveness and diversity within unit.
- Oversees Performance Excellence Program.
- Maintains a working knowledge of measurement concepts, data collection, and analysis.
- Develops, conducts, and oversees training programs, resources and equipment for faculty, staff, and student employees; advises the staff of the availability of training materials.
- Serves as the unit representative for the department and attends monthly Human Resources Unit Representative meetings; effectively communicates information to department staff.
- Leads organizational initiatives and/or projects and performs related administrative duties as assigned.

COMMUNICATIONS – INTERPERSONAL RELATIONSHIPS
/Interpersonal Relationships
Interacts with:

- Administrators/Supervisor - in order to provide updates, discuss human resource management activities and receive assignments.
- Unit Faculty and Academic Staff/Support Staff/Managers/Supervisors - in order to provide information and to advise on human resources matters.
- Job Applicants - in order to interview and explain hiring procedures.
- MSU Human Resources Staff/Union Representatives - in order to discuss grievances, arbitrations and problems.
- Vendors - in order to research and order training materials.

RESPONSIBILITY FOR THE WORK OF OTHERS

May provide first level supervision over regular employees. Those positions responsible for the supervision of regular employees are identified with /S following the title.
RESPONSIBILITY FOR THE HEALTH-SAFETY OF OTHERS

No assigned responsibility.
IMPACT ON PROGRAMS – SERVICES – OPERATIONS

Failure to develop, implement, and manage effective human resource programs and initiatives could negatively impact the success of individuals and operating units in achieving departmental goals. Errors in general human resources administration activities could result in contract violations, poor labor/management relations or the setting of costly precedents.
WORK ENVIRONMENT

Standard office environment. The job requires moderate physical effort and involves movement throughout multiple work sites for extended periods up to 25% of the time.

EDUCATION/EXPERIENCE

The job requires: A Bachelor's degree in Human Resources, Business Administration or related field, or a field related to the employing unit; three to five years of related and progressively more responsible or expansive work experience in managing human resource functions, designing and implementing training programs and human resource/labor relations management and computer applications; or an equivalent combination of education and experience. May require experience related to the field of employment.

ADDITIONAL QUALIFICATIONS

1. May require valid vehicle operator's license where needed to perform duties of the position.
2. Other skills and/or physical abilities required to perform duties of the position.
3. This position requires, or will require prior to the completion of the probationary period: knowledge of basic personal computer terminology and operations, and the ability to use e-mail and the Internet.

CREATION DATE
Date: 3/2016