**From:** Goll, Amanda <goll@pres.msu.edu>
**Sent:** Monday, September 20, 2021 1:28 PM
**To:** Perry, Crystal <PerryC@police.msu.edu>; Green, Daryl <greend@police.msu.edu>; Parmalee, Katherine <ricekat2@msu.edu>
**Subject:** FW: MAU ACTION NEEDED: Support Staff Vaccine Data as of 9.16.2021 & Discipline Process
**Importance:** High

FYI below and attached.

**From:** Talia, Lilyan <talialil@hr.msu.edu>
**Sent:** Friday, September 17, 2021 8:49 AM
**To:** Zeig, Michael <zeigmich@pres.msu.edu>; Goll, Amanda <goll@pres.msu.edu>
**Subject:** MAU ACTION NEEDED: Support Staff Vaccine Data as of 9.16.2021 & Discipline Process
**Importance:** High

Hello Mike and Amanda,

You are receiving this email as you are identified as the MAU Unit HR Representative(s) for the Office of the President.

Please find attached:
    1)   A confidential list of the support staff employees that records currently show have not complied with the University's Covid-19 Directives as it relates to the vaccine mandate.
    2)   The final discipline process that OER suggests is utilized as your MAU proceeds with enforcement of the vaccine mandate.

The list is current as of September 16, 2021 at 7AM. A few things to remember about the list:
    1)   If a MAU sent feedback to the Office of Employee Relations ("OER") or separated temporary and on-call employees that are no longer employed with the University,

that should be reflected in this new list. There may be some employees that were separated after the date this report was pulled. If that is the case, please manually note this for your records but nothing needs to be forwarded to OER. The employees will continue to drop off of future reports once separated. Additionally, new employees may show up on this report that you did not see before. This may mean that the employee had a request for an exemption denied and is now non-compliant, that a new hire to your MAU was added to the list and needs a reminder to fill out the vaccine verification form or that an employee returned from a leave and changed from inactive status to active status in EBS/SAP. Keep in mind that this is changing data and employees may drop off or be added onto subsequent lists you may receive.

2) By popular request we have added a "Supervisor name" and "Supervisor email" column to help facilitate your communications. If there is a blank for supervisor information that is because no record exists in EBS/SAP.

3) Some support staff employees have duplicate assignments with one or several MAUs. If that is the case, the employee will appear on multiple different MAU lists. If you reach out to an employee to begin an investigatory meeting and you are informed the employee is currently being investigated by another MAU, please reach out to OER to verify this. Additionally, the different assignments may mean that several supervisors are assigned to that employee. We only provided one supervisor for each employee on these lists. If it looks like an unfamiliar name please reach out to OER so that we can provide all of the supervisor information related to that employee.

4) In the "Refusal Type" column if you see "Exemption" that does not mean the employee has an approved exemption. It means the employee filled out the vaccine verification/attestation form and selected exemption in the drop down box. If an employee is on this list, they should not have an approved exemption already.

You may begin the discipline process. We suggest beginning with meetings related to the employees that are on these lists as "not vaccinated – refusal" or that have communicated to you through your recent communications that they will not comply with the vaccine mandate.

Please remember that OER is an important partner through this discipline process and we are available for any questions or concerns.

Thanks,

**Lilyan Talia,** *J.D.*
HR Analyst
Office of Employee Relations
MSU Human Resources
517-353-2676
Talialil@hr.msu.edu