-----Original Message-----
From: Green, Daryl <greend@police.msu.edu>
Sent: Thursday, December 2, 2021 12:20 PM
To: Thorne, Matthew <ThorneM@police.msu.edu>
Cc: Perry, Crystal <PerryC@police.msu.edu>
Subject: RE: Meeting

Matthew,

First and foremost the information that MSU HR receives is directly from the university regarding the University's data concerning your EDP compliance. If you comply with the email direction to obtain a requisite sample upon your return to work on 3DEC there will be no progressive discipline. However, failure to comply at that time could result in a violation of the University's EDP Protocol and may result in discipline.

I'm working Friday 3DEC, feel free to stop by my office.

Respectfully,

Daryl Green, PhD
Chief of Staff

T: 517-432-0842
P: He / His / Him
E: greend@police.msu.edu

Michigan State University
Police and Public Safety
1120 Red Cedar
East Lansing, MI 48824

police.msu.edu


-----Original Message-----
From: Thorne, Matthew <ThorneM@police.msu.edu>

Sent: Thursday, December 2, 2021 12:08 PM
To: Green, Daryl <greend@police.msu.edu>
Subject: Meeting

Chief Green,

I would like to schedule a meeting with you to discuss the topics covered in my reply to Crystal. To be honest, I'm at a complete loss on why I'm being labeled as "non-compliant", when in fact, I am.

I work tomorrow, 12/3, can we meet sometime then please?

Sgt. Thorne

Sent from my iPhone


**From:** Thorne, Matthew <ThorneM@police.msu.edu>
**Sent:** Thursday, December 2, 2021 11:53 AM
**To:** Perry, Crystal <PerryC@police.msu.edu>; Joe Garza <garza@msuapsa.org>; Jeffrey Donahue <jdonahue@whiteschneider.com>
**Cc:** thornema@msu.edu; Green, Daryl <greend@police.msu.edu>; Brandman, Steve <BrandmanS@police.msu.edu>; Monette, Doug <MonetteD@police.msu.edu>; Fadly, Sherief <FadlyS@police.msu.edu>
**Subject:** Re: Vaccine Non-Compliant EDP Program

Crystal,


The information you've provided is simply incorrect. Below is a screenshot from the sample I submitted on 11/25, results emailed to me on 11/26. If you recall, I was on vacation prior to that. I can resend the email correspondence between you and I to you and the others copied if necessary.

At your direction, I did not submit any samples while on vacation. You confirmed there was no need to since I was not going to be on campus, and MSUPD would not be paying overtime for samples submitted outside of my scheduled work hours.

Furthermore, since I (like many others) don't necessarily work Monday - Friday 9-5, I have been submitting EDP samples on the first day I return to work from a series of days off. The next shift I work is on 12/3, and I plan on submitting a sample then. If you recall, this was done at your direction as well.

I'm really at a loss as to what to do from here, and why I'm receiving this.

The email says progressive discipline will be followed, so I am left with little choice but to include the union and my attorney in this.

I look forward to your reply.

Sgt. Thorne


On Dec 2, 2021, at 06:37, Perry, Crystal <PerryC@police.msu.edu> wrote:


December 2, 2021

Dear Matthew Thorne:

It has come to the attention of the department that you are non-compliant with the MSU Vaccine Mandate.  With your approved exemption, you

are required to participate in the Early Detection Program (EDP) weekly and or as determined.

Along with three prior test that were rejected and or inconclusive due to improper submission, you have been noncompliant for over 51 days. You will have 24 hours to become compliant with submission of a spit sample through the MSU EDP program. This department along with the university will commence with the progressive discipline process.

Please provide the MSU PD with documentation of your submitted spit sample within the next 24 hours (by 6:30 am Friday, December 3, 2021). Should you have any questions please contact the MSU PD HR unit.

EDP Report:
Matthew Thorne
Overdue sample: Person has not submitted collection survey form **
The employee has not submitted a spit sample AND has not submitted the survey form for 8 days or more, please see column Consecutive Rejected Tests and Days Past Last Non-Rejected Result for more details. Action required, submit spit test and survey immediately. Use progressive discipline as applicable.

Sincerely,

Crystal Perry
Unit HR Administrator Supervisor
MSU PD


[cid:image001.png@01D7799E.7934DC20]<https://police.msu.edu/>

Crystal Perry, MA, HRM, LRM, SPHR
Unit Human Resources Administrator Supervisor

T: 517-582-4621
P: She / Her / Hers<https://lbgtrc.msu.edu/education/pronouns.html>

E: perryc@police.msu.edu<mailto:perryc@police.msu.edu>
Michigan State University
Police and Public Safety
1120 Red Cedar
East Lansing, MI 48824

[cid:image002.png@01D7799E.7934DC20]<https://www.facebook.com/msupolice>  [cid:image003.png@01D7799E.7934DC20] <https://www.linkedin.com/company/michigan-state-university-police-department/>  [cid:image004.png@01D7799E.7934DC20] <https://twitter.com/msupolice>   [cid:image005.png@01D7799E.7934DC20] <https://www.youtube.com/channel/UC5sWTPCgZT7ehqz0zM2RF4w>   [cid:image006.png@01D7799E.7934DC20] <https://www.instagram.com/msupolice>

police.msu.edu<http://police.msu.edu/>


<Matthew Thorne-Vaccine Non Compliant Letter.docx>