RECAP Actions

CASESETTLED,CLOSED

# United States District Court
## Western District of Michigan (Southern Division (1))
## CIVIL DOCKET FOR CASE #: 1:21-cv-00044-HYJ-PJG

Balow et al v. Michigan State University et al

Assigned to: Chief Judge Hala Y. Jarbou

Referred to: Magistrate Judge Phillip J. Green  (events as ordered)

Case in other court:  U.S. Supreme Court, 21-01183, the Sixth
                        Circuit
                        the Sixth Circuit, 22-01790

Cause: 28:1343 Violation of Civil Rights

Date Filed: 01/15/2021

Date Terminated: 01/23/2023

Jury Demand: None

Nature of Suit: 448 Civil Rights: Education

Jurisdiction: Federal Question

**plaintiff**

**Sophia Balow**
*Individually and on behalf of all those*
*similarly situated*

represented by **Lori Bullock**
Bailey & Glasser LLP (IA)
309 E 5th St., Ste. 202-B
Des Moines, IA 50309
(515) 416-9051
Fax: (304) 342-1110
Email: lbullock@baileyglasser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Edward Koncius**
Bogas & Koncius
31700 Telegraph Rd., Ste. 160
Bingham Farms, MI 48025
(248) 502-5000
Fax: (248) 502-5001
Email: bkoncius@kbogaslaw.com
*ATTORNEY TO BE NOTICED*

**Danya Keller**
Newkirk Zwagerman PLC
521 E Locust St., Ste. 300
Des Moines, IA 50309
(515) 883-2000
Fax: (515) 883-2004
Email: dkeller@newkirklaw.com
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
Newkirk Zwagerman PLC
521 E Locust St., Ste. 300
Des Moines, IA 50309
(515) 883-2000
Email: jzwagerman@newkirklaw.com
*ATTORNEY TO BE NOTICED*

Joshua I. Hammack
Bailey & Glasser LLP (DC)
1055 Thomas Jefferson St., NW, Ste. 540
Washington, DC 20007
(202) 463-2101
Fax: (202) 463-2103
Email: jhammack@baileyglasser.com
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Ava Boutrous**
*Individually and on behalf of all those
similarly situated*

represented by **Brian Edward Koncius**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danya Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua I. Hammack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Julia Coffman**
*Individually and on behalf of all those
similarly situated*

represented by **Brian Edward Koncius**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danya Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua I. Hammack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Kylie Goit**
*Individually and on behalf of all those
similarly situated*

represented by **Brian Edward Koncius**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danya Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua I. Hammack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Emma Inch**
*Individually and on behalf of all those
similarly situated*

represented by **Brian Edward Koncius**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danya Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua I. Hammack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Sheridan Phalen**
*Individually and on behalf of all those
similarly situated*

represented by **Brian Edward Koncius**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danya Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua I. Hammack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Madeline Reilly**
*Individually and on behalf of all those
similarly situated*

represented by   **Brian Edward Koncius**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danya Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua I. Hammack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Olivia Starzomski**
*Individually and on behalf of all those
similarly situated*

represented by   **Brian Edward Koncius**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danya Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua I. Hammack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Sarah Zofchak**
*Individually and on behalf of all those
similarly situated*

represented by   **Brian Edward Koncius**
(See above for address)
*ATTORNEY TO BE NOTICED*

2/23/23, 8:19 PM
Case 1:23-cv-00202   ECF No. 1-5, PageID.70   Filed 02/25/23   Page 5 of 24
United States District Court for the Western District of Michigan

**Danya Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua I. Hammack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Taylor Arnold**
*Individually and on behalf of all those similarly situated*

represented by **Brian Edward Koncius**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danya Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua I. Hammack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**plaintiff**

**Elise Turke**
*Individually and on behalf of all those similarly situated*

represented by **Brian Edward Koncius**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danya Keller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Zwagerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua I. Hammack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Bullock**
(See above for address)
*ATTORNEY TO BE NOTICED*


V.

**defendant**

**Michigan State University**                     represented by     **Ashley N. Higginson**
Miller Canfield (Lansing)
One Michigan Ave., Ste. 900
Lansing, MI 48933
(517) 483-4912
Email: higginson@millercanfield.com
*ATTORNEY TO BE NOTICED*

**Brian Mark Schwartz**
Miller Canfield Paddock & Stone PLC
(Detroit)
150 W Jefferson Ave., Ste. 2500
Detroit, MI 48226-4415
(313) 963-6420
Email: schwartzb@millercanfield.com
*ATTORNEY TO BE NOTICED*

**Elizabeth M. Watza**
MI Dept Attorney General (Operations)
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
Email: watzaeli@msu.edu
*ATTORNEY TO BE NOTICED*

**Erika L. Giroux**
Miller Canfield Paddock & Stone PLC
(Detroit)
150 W Jefferson Ave., Ste. 2500
Detroit, MI 48226-4415
(313) 496-7514
Email: giroux@millercanfield.com
*ATTORNEY TO BE NOTICED*

**Scott Robert Eldridge**
Miller Canfield (Lansing)
One Michigan Ave., Ste. 900
Lansing, MI 48933
(517) 487-2070
Email: eldridge@millercanfield.com
*ATTORNEY TO BE NOTICED*

**Uriel Abt**
Michigan State University Office of the

General Counsel
426 Auditorium Rd., Rm. 494
East Lansing, MI 48824-2600
(517) 353-4934
Email: abturiel@msu.edu
*TERMINATED: 04/08/2022*
*ATTORNEY TO BE NOTICED*

**defendant**

**Michigan State University Board of Trustees**

represented by **Ashley N. Higginson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Mark Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth M. Watza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erika L. Giroux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Robert Eldridge**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Uriel Abt**
(See above for address)
*TERMINATED: 04/08/2022*
*ATTORNEY TO BE NOTICED*

**defendant**

**Samuel L. Stanley, Jr.**
*TERMINATED: 09/22/2021*

represented by **Ashley N. Higginson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Mark Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erika L. Giroux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Robert Eldridge**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Uriel Abt**
(See above for address)

*TERMINATED: 04/08/2022*
*ATTORNEY TO BE NOTICED*

**defendant**

**Bill Beekman**
*TERMINATED: 09/22/2021*

represented by **Ashley N. Higginson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Mark Schwartz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erika L. Giroux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Robert Eldridge**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Uriel Abt**
(See above for address)
*TERMINATED: 04/08/2022*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2021 | 1 | COMPLAINT against All Defendants filed by Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Sarah Zofchak, Taylor Arnold, and Elise Turke (Bullock, Lori). Modified text on 1/15/2021 (jem). (Entered: 01/15/2021) |
| 01/15/2021 | 2 | MOTION for preliminary injunction by plaintiffs Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Sarah Zofchak, Taylor Arnold, and Elise Turke; (Attachments: # 1 Brief in Support of Preliminary Injunction, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16) (Bullock, Lori) Modified duplicate text on 1/15/2021 (jem). (Entered: 01/15/2021) |
| 01/15/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Jill Zwagerman on behalf of plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Zwagerman, Jill) (Entered: 01/15/2021) |
| 01/15/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Danya Keller on behalf of plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Keller, Danya) (Entered: 01/15/2021) |
| 01/15/2021 | 3 | NOTICE that this case has been assigned to Hon. Hala Y. Jarbou with NOTICE OF DEFICIENCY re filing fee (jem) (Entered: 01/15/2021) |

| 01/15/2021 | | SUMMONS NOT ISSUED as to defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr ; *filing fee due and no summons provided* (jem) (Entered: 01/15/2021) |
|---|---|---|
| 01/15/2021 | | FILING FEE PAID re 1 by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak in the amount of $402, receipt number BMIWDC-6204122 (Bullock, Lori) (Entered: 01/15/2021) |
| 01/18/2021 | 4 | WAIVER OF SERVICE returned unexecuted as to Michigan State University et al., filed by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Zwagerman, Jill) (Entered: 01/18/2021) |
| 01/19/2021 | 5 | CORRECTED WAIVER OF SERVICE returned executed by Sheridan Phalen, Sarah Zofchak, Julia Coffman, Madeline Reilly, Taylor Arnold, Ava Boutrous, Olivia Starzomski, Sophia Balow, Kylie Goit, Elise Turke, Emma Inch as to All Defendants (Bullock, Lori); this entry replaces 4 ; Modified text on 1/20/2021 (pjw). (Entered: 01/19/2021) |
| 01/20/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Scott Robert Eldridge on behalf of defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 01/20/2021) |
| 01/20/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Uriel Abt on behalf of defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Abt, Uriel) (Entered: 01/20/2021) |
| 01/20/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Brian Mark Schwartz on behalf of defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Schwartz, Brian) (Entered: 01/20/2021) |
| 01/20/2021 | 6 | ORDER TO SHOW CAUSE re motion for preliminary injunction 2 ; show cause hearing set for 2/10/2021 at 11:00 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; signed by District Judge Hala Y. Jarbou (haw) (Entered: 01/20/2021) |
| 01/21/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Brian Edward Koncius on behalf of plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Koncius, Brian) (Entered: 01/21/2021) |
| 01/26/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Ashley N. Higginson on behalf of defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Higginson, Ashley) (Entered: 01/26/2021) |
| 01/26/2021 | 7 | NOTICE rescheduling show cause hearing for 2/10/2021 at 11:00 AM by video before District Judge Hala Y. Jarbou (haw) (Entered: 01/26/2021) |
| 01/26/2021 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Erika Lynn Giroux on behalf of defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Giroux, Erika) (Entered: 01/26/2021) |
| 02/03/2021 | 8 | RESPONSE TO MOTION for preliminary injunction 2 with certificate of compliance and certificate of service filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13) (Eldridge, Scott) Modified text on 2/4/2021 (jem). (Entered: 02/03/2021) |

| 02/03/2021 | 9 | MOTION to strike *and Exclude Plaintiffs' Expert Report and Underlying Testimony* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr; (Eldridge, Scott) (Entered: 02/03/2021) |
| --- | --- | --- |
| 02/03/2021 | 10 | BRIEF in support of MOTION to strike *and Exclude Plaintiffs' Expert Report and Underlying Testimony* 9 with certificate of compliance and certificate of service filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Attachments: # 1 Exhibit 1) (Eldridge, Scott) Modified text on 2/4/2021 (jem). (Entered: 02/03/2021) |
| 02/03/2021 | 11 | CERTIFICATE regarding compliance with LCivR 7.1(d) re MOTION to strike *and Exclude Plaintiffs' Expert Report and Underlying Testimony* 9 filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 02/03/2021) |
| 02/05/2021 | 12 | NOTICE re 9 *Expedited Consideration Requested* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 02/05/2021) |
| 02/08/2021 | | (NON-DOCUMENT) NOTICE from chambers: public courtroom access for the 2/10/2021 11:00 AM motion hearing re 2 will be available by public audio access (listen only) by phone at (877) 336-1839 with access code 4382440#. RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. LGenR 4.1(c)(i) and (ii) (haw) (Entered: 02/08/2021) |
| 02/09/2021 | 13 | REPLY to response to motion 2 *for Preliminary Injunction* with certificate of compliance filed by Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Attachments: # 1 Exhibit 17, # 2 Exhibit 18, # 3 Exhibit 19, # 4 Exhibit 20, # 5 Exhibit 21, # 6 Exhibit 22, # 7 Exhibit 23, # 8 Exhibit 24, # 9 Exhibit 25, # 10 Exhibit 26, # 11 Exhibit 27) (Bullock, Lori) Modified text on 2/10/2021 (pjw) (Entered: 02/09/2021) |
| 02/09/2021 | 14 | RESPONSE in opposition to MOTION to strike *and Exclude Plaintiffs' Expert Report and Underlying Testimony* 9 with certificate of compliance filed by Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Keller, Danya) Modified text on 2/10/2021 (pjw). (Entered: 02/09/2021) |
| 02/10/2021 | 15 | MINUTES of motion hearing re Defendants' MOTION to strike *and Exclude Plaintiffs' Expert Report and Underlying Testimony* 9 ; Plaintiffs' MOTION for preliminary injunction 2 ; held before District Judge Hala Y. Jarbou (Court Reporter: Melinda Dexter) (haw) (Entered: 02/10/2021) |
| 02/19/2021 | 16 | (VACATED) OPINION; signed by District Judge Hala Y. Jarbou (aks) Modified text on 4/11/2022 - vacated per 76 (slk). (Entered: 02/19/2021) |
| 02/19/2021 | 17 | (VACATED) ORDER denying 9 motion to strike; denying 2 motion for preliminary injunction; signed by District Judge Hala Y. Jarbou (aks) Modified text on 4/11/2022 - vacated per 76 (slk). (Entered: 02/19/2021) |
| 02/19/2021 | 18 | NOTICE OF APPEAL re 16 , 17 by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Bullock, Lori) (Entered: 02/19/2021) |
| 02/22/2021 | | APPEAL FEE PAID re 18 by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak in the amount of $505, receipt number AMIWDC-6319394 (Bullock, Lori) (Entered: 02/22/2021) |

2/23/23, 8:19 PM
Case 1:23-cv-00202 ECF No. 1-5, PageID.76 Filed 02/25/23 Page 11 of 24
United States District Court for the Western District of Michigan

| 02/22/2021 | | CASE NUMBER 21-1183 assigned by the Sixth Circuit to appeal 18 (mkc) (Entered: 02/22/2021) |
| 02/22/2021 | 19 | LETTER FROM CCA regarding appeal 18 indicating case number 21-1183 has been assigned to the appeal (pjw) (Entered: 02/23/2021) |
| 03/02/2021 | | ACKNOWLEDGMENT of appeal transcript order from Lori Bullock received 02/22/2021 re appeal 18 filed by Julia Coffman, Taylor Arnold, Madeline Reilly, Elise Turke, Ava Boutrous, Sarah Zofchak, Kylie Goit, Emma Inch, Sophia Balow, Sheridan Phalen, Olivia Starzomski ; transcript is estimated at 70 pages with an estimated completion date of 03/08/21; arrangements for payment made on 02/22/2021 (Court Reporter-Transcriptionist: Dexter, Melinda 517-604-1732) (Entered: 03/02/2021) |
| 03/04/2021 | 20 | APPEAL TRANSCRIPT of Motion to Strike/Motion for Preliminary Injunction held 02/10/2021 before District Judge Hala Jarbou; re appeal 18 ; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to redact, and 21 days within which to file a Redaction Request; if no Transcript Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 6/2/2021 ; redaction request due 3/25/2021 (Court Reporter-Transcriptionist: Dexter, Melinda 517-604-1732) (Entered: 03/04/2021) |
| 03/19/2021 | 21 | MOTION to dismiss for failure to state a claim by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr; (Eldridge, Scott) (Entered: 03/19/2021) |
| 03/19/2021 | 22 | BRIEF in support of MOTION to dismiss for failure to state a claim 21 with certificate of compliance and certificate of service filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) Modified text on 3/22/2021 (jem). (Entered: 03/19/2021) |
| 03/19/2021 | 23 | CERTIFICATE regarding compliance with LCivR 7.1(d) re MOTION to dismiss for failure to state a claim 21 filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 03/19/2021) |
| 04/16/2021 | 24 | RESPONSE in opposition to MOTION to dismiss for failure to state a claim 21 filed by Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Sarah Zofchak, Taylor Arnold, and Elise Turke (Attachments: # 1 Exhibit 1 - 2019-2020 EADA Data, # 2 Exhibit 2 - 2018-2019 EADA Data) (Bullock, Lori) Modified text on 4/19/2021 (jem). (Entered: 04/16/2021) |
| 04/30/2021 | 25 | REPLY to response to motion 21 filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Attachments: # 1 Exhibit 1) (Eldridge, Scott) (Entered: 04/30/2021) |
| 06/08/2021 | 26 | ORDER setting Rule 16 scheduling conference: Rule 16 scheduling conference is set for 7/1/2021 at 02:00 PM by video before Magistrate Judge Phillip J. Green; status report due by 6/28/2021; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 06/08/2021) |
| 06/23/2021 | 27 | ORDER rescheduling Rule 16 conference: Rule 16 scheduling conference is set for 7/9/2021 at 02:00 PM by video before Magistrate Judge Phillip J. Green; status report due by 7/6/2021; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 06/23/2021) |
| 07/06/2021 | 28 | JOINT STATUS REPORT (Bullock, Lori) (Entered: 07/06/2021) |

| 07/09/2021 | 29 | MINUTES held before Magistrate Judge Phillip J. Green of Rule 16 scheduling conference via Video; CMO to issue (Proceedings Digitally Recorded) (ald) (Entered: 07/09/2021) |
|---|---|---|
| 07/09/2021 | 30 | MOTION for leave to file *Amended Complaint* with certificate of concurrence by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Attachments: # 1 Memo in Support, # 2 Exhibit A - Amended Complaint, # 3 Exhibit B - Amended Complaint Redlined) (Bullock, Lori) Modified text on 7/12/2021 (jem). (Entered: 07/09/2021) |
| 07/14/2021 | 31 | CASE MANAGEMENT ORDER: discovery to be completed by 1/31/2022; dispositive motions due by 3/1/2022; early settlement conference set for 1/12/2022 at 01:00 PM at 601 Federal Building, Grand Rapids, MI before Magistrate Judge Phillip J. Green; settlement conference set for 7/11/2022 at 09:00 AM at 601 Federal Building, Grand Rapids, MI before Magistrate Judge Phillip J. Green; final pretrial conference set for 9/7/2022 at 11:00 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; bench trial set for 10/11/2022 at 08:30 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 07/14/2021) |
| 07/16/2021 | 32 | PROPOSED STIPULATION and ORDER *Amending Case Management Order* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Schwartz, Brian) (Entered: 07/16/2021) |
| 07/16/2021 | 33 | ORDER granting STIPULATION 32 to amend case management order 31 ; bench trial adjourned from 10/11/2022 to 10/17/2022 at 8:30 AM; signed by District Judge Hala Y. Jarbou (haw) (Entered: 07/16/2021) |
| 07/23/2021 | 34 | RESPONSE TO MOTION for leave to file *Amended Complaint* 30 with certification regarding local rule 7.2 filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Attachments: # 1 Index Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2) (Eldridge, Scott) Modified text on 7/23/2021 (pjw). (Entered: 07/23/2021) |
| 07/26/2021 | 35 | PROPOSED STIPULATION and ORDER *Adjourning Trial Date* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 07/26/2021) |
| 07/26/2021 | 36 | ORDER granting STIPULATION 35 to adjourn trial; bench trial adjourned from 10/17/2022 to 10/24/2022 at 8:30 AM; signed by District Judge Hala Y. Jarbou (haw) (Entered: 07/26/2021) |
| 08/06/2021 | 37 | CHANGE OF ADDRESS by Lori Bullock counsel for plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Bullock, Lori) (Entered: 08/06/2021) |
| 09/09/2021 | 38 | ORDER of USCA (certified copy) re appeal 18 *granting motion for leave to appear at oral argument* (jem) (Entered: 09/10/2021) |
| 09/13/2021 | 39 | AMENDED ORDER granting STIPULATION 35 to adjourn trial; bench trial adjourned from 10/17/2022 to 10/24/2022 at 8:30 AM; signed by District Judge Hala Y. Jarbou (aks) (Entered: 09/13/2021) |
| 09/22/2021 | 40 | OPINION; signed by District Judge Hala Y. Jarbou (aks) (Entered: 09/22/2021) |

| 09/22/2021 | 41 | ORDER granting in part and denying in part 21 motion to dismiss; denying 30 motion for leave to file; signed by District Judge Hala Y. Jarbou (aks) (Entered: 09/22/2021) |
| 10/28/2021 | 42 | STIPULATION *Order Adjourning Expert Deadlines* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Zwagerman, Jill) (Entered: 10/28/2021) |
| 10/29/2021 | 43 | STIPULATED ORDER adjourning expert deadlines; signed by District Judge Hala Y. Jarbou (aks) (Entered: 10/29/2021) |
| 11/11/2021 | 44 | SECOND STIPULATION *Order Adjourning Expert Deadlines* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Zwagerman, Jill) Modified text on 11/12/2021 (mlc). (Entered: 11/11/2021) |
| 11/12/2021 | 45 | STIPULATION AND ORDER adjourning expert deadlines; signed by District Judge Hala Y. Jarbou (aks) (Entered: 11/12/2021) |
| 11/24/2021 | 46 | ANSWER to complaint, 1 with affirmative defenses by Michigan State University, Michigan State University Board of Trustees (Eldridge, Scott) (Entered: 11/24/2021) |
| 12/22/2021 | 47 | PROPOSED STIPULATION and ORDER *regading the Production of FERPA Protected Education Records* by defendant Michigan State University (Schwartz, Brian) (Entered: 12/22/2021) |
| 12/22/2021 | | (NON-DOCUMENT) ORDER REFERRING PROPOSED STIPULATION and ORDER *regarding the Production of FERPA Protected Education Records* by defendant Michigan State University 47 to Magistrate Judge Phillip J. Green under 28 U.S.C. 636(b)(1)(A); signed by District Judge Hala Y. Jarbou (jep) (Entered: 12/22/2021) |
| 12/28/2021 | 48 | PROTECTIVE ORDER; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 12/28/2021) |
| 01/04/2022 | 49 | NOTICE rescheduling hearing: early settlement conference set for 1/12/2022 at 01:00 PM at 499 Federal Building, Grand Rapids, MI before Magistrate Judge Phillip J. Green (ald) (Entered: 01/04/2022) |
| 01/07/2022 | 50 | UNOPPOSED MOTION for hearing *on January 12, 2022 to be held by video or telephone conference* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Bullock, Lori) (Entered: 01/07/2022) |
| 01/10/2022 | | (NON-DOCUMENT) ORDER REFERRING UNOPPOSED MOTION for hearing *on January 12, 2022 to be held by video or telephone conference* 50 to Magistrate Judge Phillip J. Green under 28 U.S.C. 636(b)(1)(A); signed by District Judge Hala Y. Jarbou (aks) (Entered: 01/10/2022) |
| 01/10/2022 | 51 | ORDER granting 50 unopposed motion for hearing to be by video or telephone; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 01/10/2022) |
| 01/11/2022 | 52 | NOTICE ADJOURNING the 1/12/2022 Early Settlement Conference without date (jkw) (Entered: 01/11/2022) |
| 01/25/2022 | 53 | MOTION for protective order *under FED. R. CIV. P. 26(b)(2)(C) and FED. R. CIV. P. 26(c) precluding depositions of Samuel L. Stanley Jr. and Alan Haller by defendants Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Attachments: # 1 Brief in Support, # 2 Exhibit Index with Exhibits 1-7, # 3* |

| | | |
|---|---|---|
| | | *Certificate of Concurrence) (Schwartz, Brian) Modified text on 1/26/2022 (pjw). Modified text on 1/26/2022 - please see <u>54</u> for corrected motion(slk). (Entered: 01/25/2022)* |
| 01/26/2022 | <u>54</u> | CORRECTED MOTION for protective order *UNDER FED. R. CIV. P. 26(b)(2)(C) AND FED. R. CIV. P. 26(c) PRECLUDING DEPOSITIONS OF SAMUEL L. STANLEY JR. AND ALAN HALLER* by defendants Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr; (Attachments: # <u>1</u> Brief in Support of Habeas Petition Brief in Support of Motion for Protective Order, # <u>2</u> Index of Exhibits, # <u>3</u> Exhibit 1, # <u>4</u> Exhibit 2, # <u>5</u> Exhibit 3, # <u>6</u> Exhibit 4, # <u>7</u> Exhibit 5, # <u>8</u> Exhibit 6, # <u>9</u> Exhibit 7, # <u>10</u> Attachment - Certificate of Concurrence Attempts) (Eldridge, Scott) Modified text on 1/26/2022 - this motion replaces <u>53</u> (slk). (Entered: 01/26/2022) |
| 01/26/2022 | | (NON-DOCUMENT) ORDER REFERRING MOTION for protective order *UNDER FED. R. CIV. P. 26(b)(2)(C) AND FED. R. CIV. P. 26(c) PRECLUDING DEPOSITIONS OF SAMUEL L. STANLEY JR. AND ALAN HALLER* <u>54</u> to Magistrate Judge Phillip J. Green under 28 U.S.C. 636(b)(1)(A); signed by District Judge Hala Y. Jarbou (aks) (Entered: 01/26/2022) |
| 02/01/2022 | <u>55</u> | JUDGMENT of USCA re appeal <u>18</u> *vacating the district court decision regarding preliminary injunction and remanding for further proceedings, mandate to issue* (slk) (Entered: 02/02/2022) |
| 02/09/2022 | <u>56</u> | RESPONSE in opposition to MOTION for protective order *Under FED. R. CIV. P. 26(b)(2)(C) AND FED. R. CIV. P. 26(c) Precluding Depositions of Samuel L. Stanley Jr. and Alan Haller* <u>54</u> *P- Resistance to D Motion for Protective Order* filed by Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Attachments: # <u>1</u> Index of Exhibits for Resistance to Mtn for PO, # <u>2</u> Exhibit A- Hall Biography, # <u>3</u> Exhibit B- Depo of William Beekman (Condensed), # <u>4</u> Exhibit C- Detroit News Article, # <u>5</u> Exhibit D- Detroit Free Press Article, # <u>6</u> Exhibit E- The State News Article) (Zwagerman, Jill) Modified text on 2/10/2022 (slk). (Entered: 02/09/2022) |
| 02/10/2022 | <u>57</u> | NOTICE OF MOTION HEARING regarding document number <u>54</u> : motion hearing is set for 2/22/2022 at 11:00 AM at 499 Federal Building, Grand Rapids, MI before Magistrate Judge Phillip J. Green; (jkw) (Entered: 02/10/2022) |
| 02/14/2022 | <u>58</u> | FIRST MOTION for hearing *for appearance by video or telephone at the 2-22 Hearing* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Keller, Danya) (Entered: 02/14/2022) |
| 02/14/2022 | | (NON-DOCUMENT) ORDER REFERRING FIRST MOTION for hearing *for appearance by video or telephone at the 2-22 Hearing* <u>58</u> to Magistrate Judge Phillip J. Green under 28 U.S.C. 636(b)(1)(A); signed by District Judge Hala Y. Jarbou (aks) (Entered: 02/14/2022) |
| 02/15/2022 | <u>59</u> | ORDER denying <u>58</u> motion for hearing ; signed by Magistrate Judge Phillip J. Green (ald) (Entered: 02/15/2022) |
| 02/15/2022 | <u>60</u> | NOTICE of status conference set for 2/16/2022 at 1:30 PM by video before District Judge Hala Y. Jarbou; (aks) (Entered: 02/15/2022) |
| 02/16/2022 | <u>61</u> | (RESTRICTED ACCESS) DOCUMENT *Videoconference Information for 2/16/2022 hearing. RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. W.D. Mich. LGenR 4.1(c)(i) and (ii).* [Access to this document is available to the Court and attorney(s) for Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Michigan State University, Michigan State University |

| | | |
|---|---|---|
| | | Board of Trustees, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak only] (aks) (Entered: 02/16/2022) |
| 02/16/2022 | | (NON-DOCUMENT) NOTICE from chambers: public courtroom access for the 2/16/2022 1:30 PM status conference will be available by public audio access (listen only) by phone at (877) 336-1839 with access code 4382440#. RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. W.D. Mich. LGenR 4.1(c)(i) and (ii). (aks) (Entered: 02/16/2022) |
| 02/16/2022 | 62 | MINUTES of status conference; held before District Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (aks) (Entered: 02/16/2022) |
| 02/16/2022 | 63 | ORDER extending dispositive motion deadline to 5/1/2022; signed by District Judge Hala Y. Jarbou (aks) (Entered: 02/16/2022) |
| 02/22/2022 | 64 | MOTION to continue *Hearing for Protective Order* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Bullock, Lori) (Entered: 02/22/2022) |
| 02/22/2022 | 65 | *Certificate of Conferral* EXHIBIT re 64 by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Bullock, Lori) (Entered: 02/22/2022) |
| 02/22/2022 | | (NON-DOCUMENT) ORDER REFERRING MOTION to continue *Hearing for Protective Order* 64 to Magistrate Judge Phillip J. Green under 28 U.S.C. 636(b)(1)(A); signed by District Judge Hala Y. Jarbou (aks) (Entered: 02/22/2022) |
| 02/22/2022 | 66 | ORDER granting 64 motion to continue hearing; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 02/22/2022) |
| 02/22/2022 | 67 | NOTICE RESCHEDULING MOTION HEARING regarding document number 54 that was previously set for February 22, 2022; motion hearing is set for 3/9/2022 at 11:00 AM at 499 Federal Building, Grand Rapids, MI before Magistrate Judge Phillip J. Green; (jkw) (Entered: 02/22/2022) |
| 02/24/2022 | 68 | ORDER of USCA (certified copy) re appeal 18 *motion for leave to file a brief is granted* (slk) (Entered: 02/25/2022) |
| 02/25/2022 | 69 | ORDER regarding settlement conference: settlement conference set for 4/29/2022 at 09:00 AM at 499 Federal Building, Grand Rapids, MI before Magistrate Judge Phillip J. Green; signed by Magistrate Judge Phillip J. Green (ald) (Entered: 02/25/2022) |
| 02/28/2022 | 70 | NOTICE cancelling hearing (ald) (Entered: 02/28/2022) |
| 03/01/2022 | 71 | NOTICE cancelling hearing (ald) (Entered: 03/01/2022) |
| 03/09/2022 | 72 | MINUTES held before Magistrate Judge Phillip J. Green of motion hearing re 54 MOTION for protective order *UNDER FED. R. CIV. P. 26(b)(2)(C) AND FED. R. CIV. P. 26(c) PRECLUDING DEPOSITIONS OF SAMUEL L. STANLEY JR. AND ALAN HALLER* filed by Samuel L. Stanley, Jr., Michigan State University, Michigan State University Board of Trustees; Motion granted in part and denied in part; Counsel to submit proposed order no later than March 10, 2022 (Proceedings Digitally Recorded) (ald) (Entered: 03/09/2022) |
| 03/10/2022 | 73 | PROPOSED STIPULATION and ORDER *on Defendants' Motion for Protective Order* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 03/10/2022) |

2/23/23, 8:19 PM
Case 1:23-cv-00202    ECF No. 1-5, PageID.81    Filed 02/25/23    Page 16 of 24
United States District Court for the Western District of Michigan

| 03/10/2022 | | (NON-DOCUMENT) ORDER REFERRING PROPOSED STIPULATION and ORDER *on Defendants' Motion for Protective Order* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr 73 to Magistrate Judge Phillip J. Green under 28 U.S.C. 636(b)(1)(A); signed by District Judge Hala Y. Jarbou (aks) (Entered: 03/10/2022) |
|---|---|---|
| 03/14/2022 | 74 | ORDER finding as moot 54 motion for protective order; granting STIPULATION 73 ; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 03/14/2022) |
| 04/08/2022 | 75 | ATTORNEY SUBSTITUTION adding attorney Elizabeth M. Watza in the place of Uriel Abt (Abt, Uriel) (Entered: 04/08/2022) |
| 04/11/2022 | 76 | MANDATE of USCA re appeal 18 *(no costs taxed)* (slk) (Entered: 04/11/2022) |
| 04/13/2022 | 77 | ORDER regarding settlement conference: settlement conference set for 5/11/2022 at 09:00 AM at 128 Federal Building, Lansing, MI before Magistrate Judge Phillip J. Green; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 04/13/2022) |
| 04/13/2022 | 78 | NOTICE of status conference set for 5/11/2022 at 2:00 PM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; (aks) (Entered: 04/13/2022) |
| 04/21/2022 | 79 | MOTION for extension of time to *File Dispositive Motion (Expedited Request)* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr; (Eldridge, Scott) (Entered: 04/21/2022) |
| 04/21/2022 | 80 | BRIEF in support of MOTION for extension of time to *File Dispositive Motion (Expedited Request)* 79 filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 04/21/2022) |
| 04/21/2022 | 81 | CERTIFICATE regarding compliance with LCivR 7.1(d) re MOTION for extension of time to *File Dispositive Motion (Expedited Request)* 79 filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 04/21/2022) |
| 04/22/2022 | 82 | NOTICE cancelling Settlement Conference and Status Conference on 5/11/2022; (aks) (Entered: 04/22/2022) |
| 04/22/2022 | 83 | NOTICE OF HEARING: status conference and motion hearing regarding document number 79 is set for 4/26/2022 at 11:00 AM by video before District Judge Hala Y. Jarbou; (aks) (Entered: 04/22/2022) |
| 04/22/2022 | 84 | (RESTRICTED ACCESS) ORDER *Videoconference Information for 4/26/2022 hearing*. *RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. W.D. Mich. LGenR 4.1(c)(i) and (ii);* public audio access (listen only) available upon request ; signed by District Judge Hala Y. Jarbou [Access to this document is available to the Court and attorney(s) for Taylor Arnold, Sophia Balow, Bill Beekman, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Michigan State University, Michigan State University Board of Trustees, Sheridan Phalen, Madeline Reilly, Samuel L. Stanley, Jr, Olivia Starzomski, Elise Turke, Sarah Zofchak only] (aks) (Entered: 04/22/2022) |
| 04/26/2022 | | (NON-DOCUMENT) NOTICE from chambers: public courtroom access for the 4/26/2022 11:00 am status conference will be available by audio (listen only) via phone at (877) 336-1839 with access code 4382440#; RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED per W.D. Mich. LGenR 4.1(c)(i) and (ii). (aks) Modified text per chambers on 4/26/2022 to reflect change of time. (slk) (Entered: 04/26/2022) |

| 04/26/2022 | | (NON-DOCUMENT) CORRECTED NOTICE from chambers: public courtroom access for the 4/26/2022 *11:00 AM* status conference will be available by audio (listen only) via phone at (877) 336-1839 with access code 4382440#; RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED per W.D. Mich. LGenR 4.1(c)(i) and (ii). (aks) (Entered: 04/26/2022) (aks) (Entered: 04/26/2022) |
|---|---|---|
| 04/26/2022 | 85 | MINUTES of Status Conference and Motion Hearing re 79 ; held before District Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (aks) (Entered: 04/26/2022) |
| 04/26/2022 | 86 | ORDER granting 79 : dispositive motions due by 8/1/2022; final pretrial conference set for 1/3/2023 at 1:00 PM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; bench trial set for 1/23/2023 at 8:30 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; signed by District Judge Hala Y. Jarbou (aks) Modified text on 5/2/2022 - please see amended order 87 (slk). (Entered: 04/26/2022) |
| 04/29/2022 | 87 | AMENDED ORDER 86 granting 79 : dispositive motions due by 8/1/2022; final pretrial conference set for 1/3/2023 at 1:00 PM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; bench trial set for 1/23/2023 at 8:30 AM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; signed by District Judge Hala Y. Jarbou (aks) (Entered: 04/29/2022) |
| 05/06/2022 | 88 | FIRST MOTION to SEAL DOCUMENT *Uncontested Motion For Leave to File Under Seal* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Bullock, Lori) (Entered: 05/06/2022) |
| 05/06/2022 | 89 | BRIEF in support of MOTION for preliminary injunction 2 *P-Supplement to Motion For Preliminary Injunction* filed by Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Attachments: # 1 Exhibit 2 - Article - Dumped by MSU, Swimmers Join Club Team and Win National Championship 4-12-2022, # 2 Exhibit 3 - Declaration of Rachel Aycock, # 3 Exhibit 4 - Declaration of Sophia Balow, # 4 Exhibit 5 - Declaration of Claire Schenden, # 5 Exhibit 6 - Declaration of Sydney Kelly, # 6 Exhibit 7 - Declaration of Kylie Goit, # 7 Exhibit 8 - Declaration of Sheridan Phalen, # 8 Exhibit 9 - Declaration of Audrey Richardson, # 9 Exhibit 10 - Declaration of Olivia Starzomski, # 10 Exhibit 11 - Declaration of Kasey Venn, # 11 Exhibit 12 - Declaration of Pruitt Walther, # 12 Exhibit 13 - Declaration of Sarah Zofchak, # 13 Exhibit 14 - Declaration of Lucille Schenden, # 14 Exhibit 15 - MSUBalow-00000315 (Title IX Participation Gap), # 15 Exhibit 16 - Excerpt from Deposition of Alexandra Breske, # 16 Exhibit 17 - Excerpt from Deposition of William Beekman, # 17 Index to Preliminary Injunction Supplement) (Bullock, Lori) Modified text on 5/9/2022 (slk). (Entered: 05/06/2022) |
| 05/06/2022 | 90 | EXHIBIT *Exhibit 1 - 2019-2020 Squad Lists* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak re Brief in Support of a Motion, 89 (Attachments: # 1 Exhibit 18 - 2019-2020 Season of Competition Logs) (Bullock, Lori) Modified text on 5/9/2022 (slk). Modified text and security on 5/26/2022 per order 92 (slk). (Entered: 05/06/2022) |
| 05/09/2022 | | (NON-DOCUMENT) ORDER REFERRING FIRST MOTION to SEAL DOCUMENT *Uncontested Motion For Leave to File Under Seal* 88 to Magistrate Judge Phillip J. Green under 28 U.S.C. 636(b)(1)(A); signed by District Judge Hala Y. Jarbou (aks) (Entered: 05/09/2022) |
| 05/09/2022 | 91 | ORDER denying 88 motion for leave to file Exhibit 18 under seal; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 05/09/2022) |

| 05/26/2022 | 92 | ORDER re 91 ; signed by Magistrate Judge Phillip J. Green (ald) (Entered: 05/26/2022) |
| --- | --- | --- |
| 05/27/2022 | 93 | RESPONSE in opposition to MOTION for preliminary injunction 2 (*Supplemental Brief*) filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7) (Eldridge, Scott) (Entered: 05/27/2022) |
| 06/09/2022 | 94 | FIRST MOTION for extension of time to *File Plaintiffs' Reply to Defendants Response (ECF No. 93)* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Attachments: # 1 Certificate of Good-Faith Conferral, # 2 Proposed Order Granting Plaintiffs' Motion) (Bullock, Lori) Modified text on 6/10/2022 (slk). (Entered: 06/09/2022) |
| 06/09/2022 | 95 | RESPONSE in opposition to FIRST MOTION for extension of time to *File Plaintiffs' Reply to Defendants Response (ECF No. 93)* 94 filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Attachments: # 1 Exhibit 1) (Eldridge, Scott) (Entered: 06/09/2022) |
| 06/10/2022 | 96 | ORDER granting 94 motion for extension of time; reply due by 6/24/2022; oral argument set for 7/20/2022; signed by District Judge Hala Y. Jarbou (aks) (Entered: 06/10/2022) |
| 06/10/2022 | 97 | NOTICE OF MOTION HEARING regarding document number 2 : motion hearing is set for 7/20/2022 at 1:30 PM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; (aks) (Entered: 06/10/2022) |
| 06/24/2022 | 98 | REPLY in support of MOTION for preliminary injunction 2 *P-Reply In Support of Supplemental Briefing* filed by Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Attachments: # 1 Index to Reply to Supplemental Briefing, # 2 Exhibit 19 - Oct. 2, 2020 Enrollment Email (MSUBalow 501-02), # 3 Exhibit 20 - Excerpt From Breske Deposition, # 4 Exhibit 21 - Excerpt from Chavers Deposition) (Bullock, Lori) Modified text on 6/27/2022 (slk). (Entered: 06/24/2022) |
| 06/27/2022 | 99 | NOTICE RESCHEDULING MOTION HEARING regarding document number 2 : motion hearing is set for 7/21/2022 at 1:30 PM at 128 Federal Building, Lansing, MI before District Judge Hala Y. Jarbou; (aks) (Entered: 06/27/2022) |
| 07/21/2022 | 100 | EXHIBIT 22 re 98 *MSUBalow-0000913* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Bullock, Lori) Modified text on 7/21/2022 (ns). (Entered: 07/21/2022) |
| 07/21/2022 | 101 | MINUTES of motion hearing re 2 MOTION for preliminary injunction filed by Julia Coffman, Taylor Arnold, Madeline Reilly, Elise Turke, Ava Boutrous, Sarah Zofchak, Kylie Goit, Emma Inch, Sophia Balow, Sheridan Phalen, Olivia Starzomski; held before Chief Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (aks) (Entered: 07/22/2022) |
| 07/25/2022 | 102 | TRANSCRIPT of Oral Argument held July 21, 2022 before The Honorable Hala Jarbou; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to redact, and 21 days within which to file a Redaction Request; if no Transcript Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 10/24/2022 ; |

| | | |
|---|---|---|
| | | redaction request due 8/15/2022 (Court Reporter-Transcriptionist: Hamlin, Genevieve, (517) 881-9582) (Entered: 07/25/2022) |
| 07/25/2022 | 103 | JOINT MOTION to adjourn *Dispositive Motion Deadline and Set Final Discovery Deadline* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr; (Attachments: # 1 Proposed Order) (Eldridge, Scott) (Entered: 07/25/2022) |
| 07/26/2022 | 104 | ORDER granting 103 motion to adjourn: discovery deadline extended to 8/31/2022; dispositive motions due by 9/16/2022; signed by Chief Judge Hala Y. Jarbou (aks) (Entered: 07/26/2022) |
| 07/27/2022 | 105 | EXHIBIT 23 (Supplemental) re 98 *MSU Scheduling 7.26.2022* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Bullock, Lori) Modified text on 7/28/2022 (ns). (Entered: 07/27/2022) |
| 07/28/2022 | 106 | OBJECTION re 105 by defendants Michigan State University, Michigan State University Board of Trustees (Eldridge, Scott) (Entered: 07/28/2022) |
| 07/28/2022 | 107 | ATTORNEY ADMISSION LETTER sent to attorney Joshua I. Hammack; attorney admission deadline set for 8/25/2022; (ns) (Entered: 07/28/2022) |
| 07/29/2022 | 108 | RESPONSE in opposition to OBJECTION re 105 by defendants Michigan State University, Michigan State University Board of Trustees 106 *P-Resistance to D Objection to ECF 105* filed by Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Attachments: # 1 Exhibit Exhibit 24 - Declaration of Samantha Barany) (Bullock, Lori) (Entered: 07/29/2022) |
| 08/03/2022 | 109 | LETTER from Supreme Court of the United States that a petition for writ of certiorari was filed by Michigan State University on July 29, 2022 and assigned case number 22-93 re Notice of Appeal 18 (jrg) (Entered: 08/04/2022) |
| 08/08/2022 | 110 | OPINION; signed by Chief Judge Hala Y. Jarbou (aks) (Entered: 08/08/2022) |
| 08/08/2022 | 111 | ORDER granting in part 2 motion for preliminary injunction; denying objection 106 ; directing defendants to submit Title IX compliance plan within 60 days; signed by Chief Judge Hala Y. Jarbou (aks) (Entered: 08/08/2022) |
| 08/09/2022 | | Copy of Opinion 110 , Order on Motion for Preliminary Injunction, Order on Objection 111 sent via U.S. Mail to Joshua I. Hammack (mlc) (Entered: 08/09/2022) |
| 08/16/2022 | | ATTORNEY Joshua I. Hammack ADMITTED to practice in the Western District of Michigan (mkc) (Entered: 08/16/2022) |
| 09/07/2022 | 112 | NOTICE OF APPEAL re 110 , 111 by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 09/07/2022) |
| 09/08/2022 | 113 | LETTER FROM CCA regarding appeal 112 indicating that the appeal has been filed as case 22-1790 and regarding the filing fee (slk) (Entered: 09/08/2022) |
| 09/08/2022 | | APPEAL FEE PAID re 112 by defendants Michigan State University, Michigan State University Board of Trustees in the amount of $505, receipt number AMIWDC-6838731 (Eldridge, Scott) (Entered: 09/08/2022) |
| 09/08/2022 | | CASE NUMBER 22-1790 assigned by the Sixth Circuit to appeal 112 (mkc) (Entered: 10/25/2022) |

| 09/15/2022 | 114 | MOTION to stay re 111 *Pending Appeal* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr; (Eldridge, Scott) (Entered: 09/15/2022) |
| --- | --- | --- |
| 09/15/2022 | 115 | CERTIFICATE regarding compliance with LCivR 7.1(d) re MOTION to stay re 111 *Pending Appeal* 114 filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 09/15/2022) |
| 09/16/2022 | 116 | ORDER regarding response to motion to stay 114 ; Plaintiffs' response due by 9/20/2022 at 5:00 PM; signed by Chief Judge Hala Y. Jarbou (aks) (Entered: 09/16/2022) |
| 09/16/2022 | 117 | NOTICE OF MOTION HEARING regarding document number 114 : motion hearing is set for 9/21/2022 at 3:30 PM by video before Chief Judge Hala Y. Jarbou; public audio access (listen only) available upon request; (aks) (Entered: 09/16/2022) |
| 09/16/2022 | 118 | (RESTRICTED ACCESS) DOCUMENT *Videoconference Information for 9/21/2022 hearing.* RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. W.D. Mich. LGenR 4.1(c)(i) and (ii). [Access to this document is available to the Court and attorney(s) for Taylor Arnold, Sophia Balow, Bill Beekman, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Michigan State University, Michigan State University Board of Trustees, Sheridan Phalen, Madeline Reilly, Samuel L. Stanley, Jr, Olivia Starzomski, Elise Turke, Sarah Zofchak only] (kjw) (Entered: 09/16/2022) |
| 09/16/2022 | 119 | MOTION for summary judgment by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Attachments: # 1 Brief in Support of MSJ, # 2 Appendix P-Appendix 1, # 3 Appendix P-Appendix 2, # 4 Certificate of Concurrence) (Bullock, Lori) Modified text on 9/20/2022 (slk). (Entered: 09/16/2022) |
| 09/20/2022 | 120 | RESPONSE in opposition to MOTION to stay re 111 *Pending Appeal* 114 *P-Opposition to Defendants' Motion to Stay* filed by Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Bullock, Lori) (Entered: 09/20/2022) |
| 09/21/2022 | | (NON-DOCUMENT) NOTICE from chambers: public courtroom access for the 9/21/2022 3:30 PM motion hearing will be available by public audio access (listen only) by phone at (877) 336-1839 with access code 4382440#; RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED pursuant to W.D. Mich. LGenR 4.1(c)(i) and (ii); (aks) (Entered: 09/21/2022) |
| 09/21/2022 | 121 | TRANSCRIPT of Motion for Stay held September 21, 2022 before The Honorable Hala Jarbou; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to redact, and 21 days within which to file a Redaction Request; if no Transcript Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 12/20/2022 ; redaction request due 10/12/2022 (Court Reporter-Transcriptionist: Hamlin, Genevieve, (517) 881-9582) (Entered: 09/21/2022) |
| 09/21/2022 | 122 | MINUTES of motion hearing MOTION to Stay *Pending Appeal* 114 filed by Bill Beekman, Samuel L. Stanley, Jr., Michigan State University, Michigan State University Board of Trustees held before Chief Judge Hala Y. Jarbou (Court Reporter: Genevieve Hamlin) (kjw) Modified filing date on 9/26/2022 (slk). (Entered: 09/23/2022) |

| 09/23/2022 | [123](#) | ORDER granting [114](#) motion to stay; stay is granted until 11/14/22; if the U.S. Supreme Court has not ruled on the appeal by 11/14/22, defendants' compliance plan is due by 11/18/22; signed by Chief Judge Hala Y. Jarbou (kjw) (Entered: 09/23/2022) |
|---|---|---|
| 10/07/2022 | [124](#) | NOTICE *of Supreme Court Proceedings* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Attachments: # [1](#) Exhibit A) (Eldridge, Scott) (Entered: 10/07/2022) |
| 10/13/2022 | [125](#) | MOTION to amend stay pending appeal [123](#) *Extension of Stay Pending Appeal* by defendants Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr; (Attachments: # [1](#) Exhibit 1) (Eldridge, Scott) Modified text on 10/13/2022 (slk). (Entered: 10/13/2022) |
| 10/13/2022 | [126](#) | CERTIFICATE regarding compliance with LCivR 7.1(d) re MOTION to stay re [123](#) *Extension of Stay Pending Appeal* [125](#) filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Eldridge, Scott) (Entered: 10/13/2022) |
| 10/14/2022 | [127](#) | ORDER granting [125](#) motion to amend stay; stay extended until 14 days following any denial of Defendants' certiorari petition; signed by Chief Judge Hala Y. Jarbou (aks) (Entered: 10/14/2022) |
| 10/14/2022 | [128](#) | RESPONSE in opposition to MOTION for summary judgment [119](#) filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8, # [9](#) Exhibit 9) (Eldridge, Scott) (Entered: 10/14/2022) |
| 10/28/2022 | [129](#) | REPLY to response to motion [119](#) filed by Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Attachments: # [1](#) Exhibit 1 - Deposition of Timothy O'Brien) (Bullock, Lori) Modified text on 10/31/2022 (slk). (Entered: 10/28/2022) |
| 12/12/2022 | [130](#) | NOTICE of status conference set for 12/19/2022 at 09:00 AM at 128 Federal Building, Lansing, MI before Chief Judge Hala Y. Jarbou; parties may attend in person or via video conference; signed by Chief Judge Hala Y. Jarbou (kjw) (Entered: 12/12/2022) |
| 12/12/2022 | [131](#) | LETTER from Supreme Court of the United States that the petition for writ of certiorari is denied re Notice of Appeal [112](#) (jrg) (Entered: 12/13/2022) |
| 12/13/2022 | [132](#) | MOTION in limine *to exclude expert testimony (Wilson)* by defendants Michigan State University, Michigan State University Board of Trustees; (Attachments: # [1](#) Index Index of Exhibits, # [2](#) Exhibit Exhibit 1, # [3](#) Exhibit Exhibit 2, # [4](#) Exhibit Exhibit 3, # [5](#) Exhibit Exhibit 4, # [6](#) Exhibit Exhibit 5, # [7](#) Exhibit Exhibit 6, # [8](#) Exhibit Exhibit 7 (unpublished decision)) (Eldridge, Scott) (Entered: 12/13/2022) |
| 12/13/2022 | [133](#) | CERTIFICATE regarding compliance with LCivR 7.1(d) re MOTION in limine *to exclude expert testimony (Wilson)* [132](#) filed by Michigan State University, Michigan State University Board of Trustees (Eldridge, Scott) (Entered: 12/13/2022) |
| 12/13/2022 | [134](#) | MOTION in limine *Motion in Limine on Combined Swim Teams* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Attachments: # [1](#) Exhibit Exhibit 1 - Appelles-Defendants 6th Cir. Brief, # [2](#) Exhibit Exhibit 2 - MSU Petition for Writ of Cert, # [3](#) Exhibit Exhibit 3 - Beekman Depo Excerpt, # [4](#) Exhibit Exhibit 4 - Hallar Depo Excerpt, # [5](#) Exhibit Exhibit 5 - Breske Depo Excerpt, # [6](#) Exhibit Exhibit 6 - O'Brien Depo Excerpt, # [7](#) Exhibit Exhibit 7 - 18-19 & 19-20 M&W Squad |

| | | |
|---|---|---|
| | | Lists, # 8 Exhibit Exhibit 8 - 18-19 & 19-20 M&W Seasons of Comp., # 9 Attachment Certificate of Concurrence) (Bullock, Lori) (Entered: 12/13/2022) |
| 12/13/2022 | 135 | MOTION in limine *Motion in Limine on Roster Projections* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Attachments: # 1 Attachment Certificate of Concurrence) (Bullock, Lori) (Entered: 12/13/2022) |
| 12/13/2022 | 136 | MOTION in limine *to exclude expert witness (Lopiano)* by defendants Michigan State University, Michigan State University Board of Trustees; (Attachments: # 1 Index, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6) (Eldridge, Scott) (Entered: 12/13/2022) |
| 12/13/2022 | 137 | CERTIFICATE regarding compliance with LCivR 7.1(d) re MOTION in limine *to exclude expert witness (Lopiano)* 136 filed by Michigan State University, Michigan State University Board of Trustees (Eldridge, Scott) (Entered: 12/13/2022) |
| 12/13/2022 | 138 | MOTION in limine *P-Motion to Exclude Expert O'Brien* by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Attachments: # 1 Exhibit Exhibit 1 - 08-8-Expert Report of Timothy O'Brien, # 2 Exhibit Exhibit 2 - Excerpts from O'Brien Deposition, # 3 Attachment P-Certificate of Concurrence) (Bullock, Lori) (Entered: 12/13/2022) |
| 12/19/2022 | 139 | ORDER regarding settlement conference: settlement conference set for 1/6/2023 at 10:00 AM at 499 Federal Building, Grand Rapids, MI before Magistrate Judge Phillip J. Green; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 12/19/2022) |
| 12/19/2022 | 140 | ORDER: final pretrial conference set for 1/30/2023 at 9:00 AM at 128 Federal Building, Lansing, MI before Chief Judge Hala Y. Jarbou; bench trial set for 2/6/2023 at 8:30 AM at 128 Federal Building, Lansing, MI before Chief Judge Hala Y. Jarbou; signed by Chief Judge Hala Y. Jarbou (aks) (Entered: 12/19/2022) |
| 12/23/2022 | 141 | NOTICE *of Compliance Plan* by defendants Michigan State University, Michigan State University Board of Trustees (Eldridge, Scott) (Entered: 12/23/2022) |
| 12/27/2022 | 142 | RESPONSE in opposition to MOTION in limine *P-Motion to Exclude Expert O'Brien* 138 filed by Bill Beekman, Michigan State University (Attachments: # 1 Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (Eldridge, Scott) Modified text on 12/28/2022 (slk). (Entered: 12/27/2022) |
| 12/27/2022 | 143 | RESPONSE in opposition to MOTION in limine *Motion in Limine on Roster Projections* 135 filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Attachments: # 1 Index, # 2 Exhibit 1, # 3 Exhibit 2) (Eldridge, Scott) Modified text on 12/28/2022 (slk). (Entered: 12/27/2022) |
| 12/27/2022 | 144 | RESPONSE in opposition to MOTION in limine *Motion in Limine on Combined Swim Teams* filed by Bill Beekman, Michigan State University, Michigan State University Board of Trustees, Samuel L. Stanley, Jr (Attachments: # 1 Index, # 2 Exhibit 1, # 3 Exhibit 2) (Eldridge, Scott) Modified text on 12/28/2022 (slk). (Entered: 12/27/2022) |
| 12/27/2022 | 145 | RESPONSE in opposition to MOTION in limine *to exclude expert witness (Lopiano)* 136 *P-Opposition to Defendants' Motion to Exclude Testimony of Dr. Lopiano* filed by Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Attachments: # 1 Index, # 2 Exhibit 1 - MSU Expert Motions, # 3 Exhibit 2 - Re_MSU Expert Motions, # 4 Exhibit 3 - Expert Lopiano Depo Excerpts, # 5 Exhibit 4 - E-mail Transmitting |

| | | |
|---|---|---|
| | | Production 08.05.22, # 6 Exhibit 5 - Breske Depo Excerpt, # 7 Exhibit 6 - Drenth Depo Excerpt) (Bullock, Lori) Modified text on 12/28/2022 (slk). (Entered: 12/27/2022) |
| 12/27/2022 | 146 | RESPONSE in opposition to MOTION in limine *to exclude expert testimony (Wilson)* 132 *P-Opposition to Defendants' Motion to Exclude Testimony of Christine Wilson* filed by Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Attachments: # 1 Index, # 2 Exhibit 1 - Wilson Resume, # 3 Exhibit 2 - Wilson Deposition Excerpts, # 4 Exhibit 3 - Plaintiffs' Expert Report Disclosures (Wilson)) (Bullock, Lori) Modified text on 12/28/2022 (slk). (Entered: 12/27/2022) |
| 12/28/2022 | 147 | NOTICE to attorney Scott Robert Eldridge regarding recent filing 143 , 142 , 144 (slk) (Entered: 12/28/2022) |
| 01/04/2023 | 148 | UNOPPOSED MOTION for leave to appear Virtually & In Person by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak; (Attachments: # 1 Attachment Certificate of Concurrence, # 2 Proposed Order Granting Plaintiffs' Motion) (Bullock, Lori) Modified text on 1/5/2023 (slk). (Entered: 01/04/2023) |
| 01/05/2023 | 149 | ORDER granting 148 motion for leave to appear by video for Plaintiffs Starzomski, Inch, and Reilly; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 01/05/2023) |
| 01/05/2023 | 150 | (RESTRICTED ACCESS) DOCUMENT [Access to this document is available to the Court and attorney(s) for Emma Inch, Madeline Reilly, Olivia Starzomski only] (jkw) (Entered: 01/05/2023) |
| 01/06/2023 | 151 | MINUTES held before Magistrate Judge Phillip J. Green of settlement conference; case did not settle; adjourned to January 10th. (Portions Digitally Recorded) (ald) (Entered: 01/09/2023) |
| 01/09/2023 | 152 | NOTICE of continued settlement conference set for 1/10/2023 at 09:00 AM at by video before Magistrate Judge Phillip J. Green (ald) (Entered: 01/09/2023) |
| 01/09/2023 | 153 | (RESTRICTED ACCESS) DOCUMENT *Zoom Link* [Access to this document is available to the Court and attorney(s) for Taylor Arnold, Sophia Balow, Bill Beekman, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Michigan State University, Michigan State University Board of Trustees, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak only] (ald) (Entered: 01/09/2023) |
| 01/10/2023 | 154 | MINUTES held before Magistrate Judge Phillip J. Green of continued settlement conference via Zoom; case did not settle (Proceedings NOT Recorded) (ald) (Entered: 01/11/2023) |
| 01/12/2023 | 155 | NOTICE of settlement conference set for 1/12/2023 at 01:15 PM at by video before Magistrate Judge Phillip J. Green; Zoom Link will be forthcoming (ald) (Entered: 01/12/2023) |
| 01/12/2023 | 156 | (RESTRICTED ACCESS) DOCUMENT *Zoom Link* [Access to this document is available to the Court and attorney(s) for Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Michigan State University, Michigan State University Board of Trustees, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak only] (ald) (Entered: 01/12/2023) |
| 01/12/2023 | 157 | MINUTES held before Magistrate Judge Phillip J. Green of continued settlement conference; Mediator Proposal offered; hearing to resume January 13, 2023. (Proceedings NOT Recorded) (ald) (Entered: 01/12/2023) |

| 01/13/2023 | 159 | MINUTES held before Magistrate Judge Phillip J. Green of continued settlement conference via Zoom; case settled; order to issue (Proceedings NOT Recorded) (ald) (Entered: 01/17/2023) |
| 01/13/2023 | 160 | AMENDED MINUTES of Settlement Conference 159 held before Magistrate Judge Phillip J. Green (Portions Digitally Recorded) (ald) (Entered: 01/18/2023) |
| 01/14/2023 | 158 | ORDER requiring dismissal papers from counsel for settlement to be submitted by 1/20/2023; signed by Magistrate Judge Phillip J. Green (jkw) (Entered: 01/14/2023) |
| 01/20/2023 | 161 | STIPULATION of dismissal by plaintiffs Taylor Arnold, Sophia Balow, Ava Boutrous, Julia Coffman, Kylie Goit, Emma Inch, Sheridan Phalen, Madeline Reilly, Olivia Starzomski, Elise Turke, Sarah Zofchak (Bullock, Lori) (Entered: 01/20/2023) |
| 01/23/2023 | 162 | STIPULATION AND ORDER OF DISMISSAL with prejudice; signed by Chief Judge Hala Y. Jarbou (aks) (Entered: 01/23/2023) |
| 01/24/2023 | 163 | TRANSCRIPT of Settlement Conference held 01/13/2023 before Magistrate Phillip Green; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to redact, and 21 days within which to file a Redaction Request; if no Transcript Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 4/24/2023 ; redaction request due 2/14/2023 (Court Reporter-Transcriptionist: Brandell, Paul (517) 230-7507) (Entered: 01/24/2023) |
| 01/25/2023 | 164 | ORDER of USCA (certified copy) re appeal 112 *(dismissing appeal)* (slk) (Entered: 01/25/2023) |

**PACER Service Center**

**Transaction Receipt**

02/23/2023 20:18:13

| **PACER Login:** | abdnoure | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-00044-HYJ-PJG |
| **Billable Pages:** | 25 | **Cost:** | 2.50 |
