# MICHIGAN STATE UNIVERSITY

To: All personnel

From: Marlon C. Lynch, Vice President for Public Safety and Chief of Police

RE: Human Resources Administrator, Office of the VP and Chief of Police

Effective July 12, 2021, Crystal Perry will join us as our Human Resources Administrator assigned to the Office of the Vice President and Chief of Police reporting to the Chief of Staff. After completing her undergraduate degree in human resource/employee relations at MSU, Crystal began her career in law enforcement with MSU Police and Public Safety in 1992 serving our community for approximately 9 years as a police officer and completing her master's degree in human resource management. At that time, she began a career in human resources primarily with the state of Michigan and corporations.  Crystal's experience in law enforcement and human resources is a welcome addition to our department.

In the capacity of Human Resources Administrator, she will have responsibility for the following areas within the Office of the Vice President and Chief of Police:

- Liaison with University Human Resources
- HR strategy
- Labor and employee relations
- Recruitment
- Professional development
- Diversity, Equity, and Inclusion

Please join me in welcoming Crystal to MSU and the Police and Public Safety family.

In service,

Marlon C. Lynch

**DEPARTMENT OF POLICE**

Michigan State University
1120 Red Cedar Rd.
East Lansing, MI
48824-1219

**Police Bureau**
(517) 355-2222
Fax: (517) 432-1404

**Management Services Bureau**
(517) 355-8440
Fax: (517) 432-2420

http://www.police.msu.edu

MSU is an affirmative-action, equal-opportunity employer.