# PERFORMANCE EXCELLENCE

## PROBATIONARY or INTERIM REVIEW

**MICHIGAN STATE UNIVERSITY**

**Choose one:** ☐ Probationary Review  ☒ Interim Review (Use only for midpoint review with salaried employees)

**Employee Name:** Crystal Perry  **Supervisor Name:** Crystal Perry

**PERNR:** _____  **Classification/Job Title:** HR Administrator

**Department/Unit:** Police and Public Safety  **Due Date:** March 2022

---

**Summary of employee's performance** (Related to job duties, behavior and general performance):

Crystal's performance has overall met work expectations, however, she did have one formal complaint regarding the improper dissemination of medical information. Crystal reported that she mistakenly included information about another employee's medical status when emailing management. For all accounts the matter appeared unintentional and Crystal was coached (no formal discipline). Crystal must remember that in this role, she represents the University and the Department and sensitive employee information must be treated with the utmost confidentiality.

Accordingly, Crystal's demeanor towards colleagues must remain professional at all times and should invite collaboration. Crystal has implemented two vaccination clinics at the Department, directed multiple hiring processes and been actively engaged with union issues. Crystal should regularly network with Central HR regarding HR matters where she or her staff have questions or concerns regarding University policy.

*Attach additional supporting documentation if applicable.*

---

**Complete Probationary OR Interim Determination:**

### Probationary Determination

☐ The performance and/or conduct of the employee met expectations during the probationary period. The employee successfully completed probation.

☐ The performance and/or conduct of the employee did NOT meet expectations during the probationary period. (Supervisors: contact MSU Employee Relations at 517-353-5510 prior to meeting with employee)

### Interim Determination

☒ The performance and/or conduct of the employee met expectations during the interim evaluation period. The evaluation period will continue.

☐ The performance and/or conduct of the employee did NOT meet expectations during the interim period. (Supervisors: contact MSU Employee Relations at 517-353-5510 prior to meeting with employee)

*Below signatures indicate that the above information was discussed.*

**Employee Signature:** _____  Date of discussion _____

**Supervisor Signature:** _____  Date of discussion _____

---

When the probationary or interim review is completed, provide a copy of signed document to the employee and retain a copy of the document in the department. Supervisor or unit designee: Scan and email signed form from an MSU email address to: **performance@hr.msu.edu.** MSU is an affirmative-action, equal-opportunity employer.

