# PERFORMANCE EXCELLENCE
## PROBATIONARY or INTERIM REVIEW — MICHIGAN STATE UNIVERSITY

**Choose one:** ☒ Probationary Review  ☐ Interim Review (Use only for midpoint review with salaried employees)

**Employee Name:** Crystal Perry  **Supervisor Name:** Daryl Green
**PERNR:** 00481071  **Classification/Job Title:** Police & Public Saftey
**Department/Unit:** HR Administrator  **Due Date:** 7/8/20 22

**Summary of employee's performance** (Related to job duties, behavior and general performance):

Crystal Perry has been employed by the Michigan State University Police Department for under twelve months. During this time, there have been numerous performance issues and multiple employee complaints concerning various interactions. Perry has been counseled regarding her behavior and has refused to change. Additionally, she has repeatedly refused to accept responsibility for her conduct. This has made managing Crystal nearly impossible. As such, the Department cannot support a position that Perry has successfully completed probation at this time.

*Attach additional supporting documentation if applicable.*

**Complete Probationary OR Interim Determination:**

Probationary Determination

☐ The performance and/or conduct of the employee met expectations during the probationary period. The employee successfully completed probation.

☒ The performance and/or conduct of the employee did NOT meet expectations during the probationary period. (Supervisors: contact MSU Employee Relations at 517-353-5510 prior to meeting with employee)

Interim Determination

☐ The performance and/or conduct of the employee met expectations during the interim evaluation period. The evaluation period will continue.

☐ The performance and/or conduct of the employee did NOT meet expectations during the interim period. (Supervisors: contact MSU Employee Relations at 517-353-5510 prior to meeting with employee)

*Below signatures indicate that the above information was discussed.*

**Employee Signature:** _____  Date of discussion _____
**Supervisor Signature:** _[signed]_  Date of discussion July 8, 2022

When the probationary or interim review is completed, provide a copy of signed document to the employee and retain a copy of the document in the department. Supervisor or unit designee: Scan and email signed form from an MSU email address to: performance@hr.msu.edu. MSU is an affirmative-action, equal-opportunity employer.

