# RE: MSU College of Nursing- Human Resources Administrator

From: Greger, Andy (gregeran@msu.edu)

To: perry.crystal@att.net

Date: Wednesday, July 13, 2022, 04:49 PM EDT

Ms. Perry,

Thank you for your interest in the HR position at the College of Nursing. I have been notified by MSU HR that your application cannot be considered for review at this time. I am writing to cancel your scheduled interview for posting #789026.

Kind regards,

Andy Greger, MA

Interim Director of Support Services

MSU College of Nursing

Phone: (517) 353-4614

gregeran@msu.edu

nursing.msu.edu

---

**From:** Provost-Perkins, Christie <provostc@msu.edu>
**Sent:** Tuesday, July 12, 2022 1:58 PM
**To:** Crystal Perry <perry.crystal@att.net>
**Subject:** RE: MSU College of Nursing- Human Resources Administrator

Good afternoon Crystal,

We look forward to meeting with you on Thursday, July 21 at 12:00pm! I've sent a meeting invitation with Zoom information. Please let me know if you have any questions or concerns in the meantime. Have a wonderful day!

Best regards,

**Christie Provost-Perkins**

(She, Her, Hers)

Operations Coordinator

MSU College of Nursing

Community Engagement & Public Service

1355 Bogue Street

A211 Life Science Building

East Lansing, MI, 48824

(517) 353-5072

provostc@msu.edu

nursing.msu.edu



**From:** Crystal Perry <perry.crystal@att.net>
**Sent:** Monday, July 11, 2022 5:48 PM
**To:** Provost-Perkins, Christie <provostc@msu.edu>
**Subject:** Re: MSU College of Nursing- Human Resources Administrator

Good afternoon Provost Perkins:

It is certainly my pleasure to interview for the HR Administrator position for the college of Nursing on Thursday, July 21 12-2 pm. I am very excited about this opportunity. Let me know if there is anything else you need from me prior to that time. I may be reached at 517-862-7330. I look forward to meeting you all.

Thank you,

Crystal Pt

On Monday, July 11, 2022, 04:56:26 PM EDT, Provost-Perkins, Christie <provostc@msu.edu> wrote:

Good afternoon Crystal,

Thank you for your interest in the Human Resources Administrator role at the College of Nursing. The search committee would like to invite you for a virtual interview on:

**Date**: Thursday, July 21st
**Time**: 12:00pm-2:00pm
**Interview panel:**

- Andy Greger: Educational Technology Manager and Interim Director of Support Services- College of Nursing
- Melanie Trowbridge: Assistant Vice President for Human Resources- Office of Health Sciences
- Christie Provost-Perkins: Operations Coordinator- College of Nursing
- Patricia West: Assistant Professor, Undergraduate Clinical Placement Coordinator, and Interim Group Leader for Clinical Placement- College of Nursing

**Zoom link:**

- https://msu.zoom.us/j/98914384287
- Meeting ID: 989 1438 4287
- Passcode: 870481

Please let me know if you are available during this time and I will follow up with a meeting invitation. Please allot approximately 2 hours for the interview. The first portion of the interview will take about 45 minutes to an hour and will include questions from the interview panel to get to know you and your professional experience. The second part of the interview is an independent writing exercise. We will provide three prompts – you will take ~ 45 minutes to craft a response to one of those prompts. Don't worry – based upon your experience, you will have no trouble answering any of the three questions! We will use the written exercise as an additional evaluation tool, as verbal and written communication are key components to success in this role.

If you have questions prior to the interview, please reach out to me via email or phone. Have a wonderful week!


Best regards,


**Christie Provost-Perkins**

(She, Her, Hers)


Operations Coordinator

MSU College of Nursing

Community Engagement & Public Service

1355 Bogue Street

A211 Life Science Building

East Lansing, MI, 48824

(517) 353-5072

provostc@msu.edu

nursing.msu.edu

