UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL PERRY,

       Plaintiff,                  Case No. 1:23–cv–202

v.                            Hon. Robert J. Jonker

MICHIGAN STATE UNIVERSITY, et al.,

       Defendants.
_____/

### NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above–captioned case was filed in this court on February 25, 2023 .   The case has been assigned to Robert J. Jonker .

                                         CLERK OF COURT

Dated:   February 27, 2023       By:   /s/ E. Siskind_____
                                                   Deputy Clerk