UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL PERRY;

      Plaintiff,

v.

MICHIGAN STATE UNIVERSITY;
MICHIGAN STATE UNIVERSITY
BOARD OF TRUSTEES; MARLON LYNCH,
and DARYL GREEN, in their official and
individual capacities;

      Defendants.

Case No. 1:23-cv-00202

Hon. Robert J. Jonker

Mag.   Phillip J. Green

---

Elizabeth K. Abdnour (P78203)
ELIZABETH ABDNOUR LAW, PLLC
Attorney for Plaintiff
1100 W. Saginaw St., Ste 4A-2
Lansing, MI 48915
Telephone: (517) 292-0067
Fax: (517) 292-0067
Email: elizabeth@abdnour.com

Elizabeth M. Watza (P81129)
Assistant General Counsel
MICHIGAN STATE UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
Attorney for Defendants
Hannah Administration Building
426 Auditorium Road, Room 494
(517) 353-3530
watzaeli@msu.edu

---

## STIPULATED ORDER ADJOURNING DEFENDANTS' DEADLINE TO FILE FIRST RESPONSIVE PLEADING

The parties, by and through their undersigned counsel, having stipulated and agreed to the following, and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendants' deadline to file a first responsive pleading is adjourned from May 1, 2023, to May 15, 2023.

Dated:   May 1, 2023

  /s/ Robert J. Jonker
Hon. Robert J. Jonker
U.S. District Court Judge

**APPROVED FOR ENTRY**:

/s/ Elizabeth M. Watza
Elizabeth M. Watza (P81129)
Assistant General Counsel
Michigan State University Office of the General Counsel
Attorney for Defendants
Hannah Administration Building
426 Auditorium Road, Room 494
(517) 353-3530
watzaeli@msu.edu

/s/  *Elizabeth K. Abdnour (with permission)*
Elizabeth K. Abdnour (P78203)
ELIZABETH ABDNOUR LAW, PLLC
Attorney for Plaintiff
1100 W. Saginaw St., Ste 4A-2
Lansing, MI 48915
Telephone: (517) 292-0067
Fax: (517) 292-0067
Email: elizabeth@abdnour.com