## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CRYSTAL PERRY,

               Plaintiff,

v.

MICHIGAN STATE UNIVERSITY;
MICHIGAN STATE UNIVERSITY BOARD OF
TRUSTEES; MARLON LYNCH, and DARYL
GREEN, in their official and individual capacities,

               Defendants.

Case No. 1:23-cv-00202

Hon. Robert J. Jonker
Mag. Phillip J. Green

---

Elizabeth K. Abdnour (P78203)
ELIZABETH ABDNOUR LAW, PLLC
Attorney for Plaintiff
1110 W. Saginaw St, Suite 4A-2
Lansing MI 48915
Telephone: 517-292-0067
Fax: 517-292-0067
elizabeth@abdnour.com

Elizabeth M. Watza (P81129)
MSU Office of General Counsel
Attorney for Defendants-Appellees
426 Auditorium Road, Room 494
East Lansing, MI 48823
(517) 884-9483
watzaeli@msu.edu

---

### LOCAL RULE 7.1(d) CERTIFICATE OF COMPLIANCE

Pursuant to Local Civil Rule 7.1(d), prior to filing this motion, Defendants' counsel sought concurrence from Plaintiff's counsel via email on May 15, 2023. Plaintiff's counsel has been out of the office since May 8, 2023, and had an automatic reply indicating that she would be out of the office and not accessing email until May 22, 2023, thereby making this motion necessary.

Respectfully submitted,

Elizabeth M. Watza
Attorney for Defendants

Date:  May 15, 2023