UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL PERRY,

      Plaintiff,                                         Case No. 1:23–cv–202

v.

MICHIGAN STATE UNIVERSITY, et al.,

      Defendants.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Elizabeth M. Watza

RE:  Brief in Support of a Motion (ECF No. 23)

REASON FOR NOTICE:   Individual attachments are not broken down into separate files.

RECOMMENDED ACTION:   Electronically file the document(s) as separate files or attachments. Include the word CORRECTED in both the heading of the document and in the docket text of the (new) corrected entry, if available.

INFORMATION FOR FUTURE REFERENCE:   When preparing documents for electronic filing, attempt to present the documents in a navigable format. Documents are better managed and navigated when they are broken down into logical component parts. With regard to oversized documents, Local Civil Rule 5.7(d)(vii)(A) requires filers to divide oversized documents into component parts, each not to exceed 10MB.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                                                  CLERK OF COURT

Dated:  May 16, 2023           By:    /s/ E. Siskind_____
                                                     Deputy Clerk