CORRECTED

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>471-2021-03815 |
|---|---|---|

| MICHIGAN DEPARTMENT OF CIVIL RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs.)<br>**MS. CRYSTAL PERRY** | Home Phone | Year of Birth |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name<br>**MICHIGAN STATE UNIVERSITY - OFFICE OF THE GENERAL COUNSEL** | No. Employees, Members<br>501+ | Phone No.<br>(517) 353-3530 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **426 AUDITORIUM RD  ROOM 494,** | **EAST LANSING, MI 48824** |

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: 07-21-2021   Latest: 12-30-2021<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Crystal Perry on 01-10-2022 04:27 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 471-2021-03815 |

**MICHIGAN DEPARTMENT OF CIVIL RIGHTS** and EEOC
*State or local Agency, if any*

**Since July 12, 2021, I have been employed by the above respondent as the Human Resource Manager.  I am the only African American Female supervisor.**

**On my first day on the job I was approached by a white female Captain of Police Services who stated that she and other employees were upset that her duties in the HR Department were turned over to me, but they were going to comply with the directive, also that I would be having hard times. 90% of administrative employee's work remotely, I was advised that I should not be allowed to work remotely, because of the appearance that it was sending.  No one else was advised of this change or this appearance.  I provided medical documentation regarding my compromised medical health upon hire. Others similarly situated and not of my race were not required to provide documentation and were allowed to work remotely.**

**On September 29, 2021 the Deputy Directory of Operations and the Police Captain both Caucasian stated that 'I was Angry and Mean' and filed a complaint.  In October of 2021, I was given a verbal counseling by my supervisor because of a false statement made by my coworkers alleging that I made the statement 'What have you done to go out of your way to provide diversity in the work place' I responded to the investigation that this employee was untruthful and I never asked any one this question, what I did say was you should not have to go out of your way to provide diversity.**

**On November 8, 2021 the Lieutenant of Police Services, verball attacked, cornered and threatened me,   stating we need a meeting yelling and slammed her hand on the wall.  This employee had a side arm (gun) displaying threatening behavior. On this same date I was provided documentation that Respondent would be doing an additional background investigation on me, which is not the policy or procedures.  No one else has been subjected to these same terms and conditions of employment.  This Lieutenant of Police Services treats me differently, other Caucasians are  not treated in this same manner of yelling, ranting and raving, everyone hates you, you are a liar, raging in a threatening manner. The supervisor asked her to calm down, then she lunged at me.  I was unsure if she would shoot me or hit me.  On November 17, 2021 I tried to make an internal complaint and was denied.  On December of 2021, I lodged a formal complaint with the MSU EEO Dept.**

**I believe that I have been subjected to different terms and conditions of employment, harassment, a hostile working environment, threats of violence and intimidation on the basis of my Race African American, Sex Female Gender and in retaliation for complaining of discrimination in violation of Title VII of the Civil Rights Act of 1964 as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Crystal Perry on 01-10-2022 04:27 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.   FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

**2.   AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.   PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.   ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.   WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.