CORRECTED

# EXHIBIT G

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CRYSTAL PERRY,

        Plaintiff,

v.

MICHIGAN STATE UNIVERSITY;
MICHIGAN STATE UNIVERSITY BOARD OF
TRUSTEES; MARLON LYNCH, and DARYL
GREEN, in their official and individual capacities,

        Defendants.

Case No. 1:23-cv-00202

Hon. Robert J. Jonker
Mag. Phillip J. Green

---

### <u>AFFIDAVIT OF KRISTIE SOVA</u>

1.      I am an adult and otherwise competent to testify to the facts stated below from my personal knowledge and business records available to me in my professional capacity.

2.      I am a Senior Human Resources Professional/S in Human Resources at Michigan State University (MSU).

3.      On June 20, 2022, Perry applied for posting 789026, a Human Resources Administrator / Unit Human Resources Administrator II position in the College of Nursing at MSU. (Exhibit C, 789026 - Posting History C.P.)

4.      When someone does not successfully complete their probationary period and is terminated, Employee Relations determines whether they can be hired for future positions at MSU and informs Human Resources.

5.      Employee Relations determined that Perry could not be hired for future employment at MSU, which Andrew Jarvis (formerly of MSU Human Resources/Employee Relations) communicated to me and Queen McMiller (another MSU Human Resources employee) by telephone on July 12, 2022. We did not discuss Plaintiff's OIE and/or EEOC complaints. Later

that day, I manually changed Perry's status in PageUp for posting 789026, as well as eight other

positions she applied for, to "Does not meet basic qualifications – restricted list."  (Exhibit C.)

     6.     I did not change Perry's status for posting 789026 (or the other eight positions she

had applied for) because of her OIE and/or EEOC complaints, nor because of any other complaints

Plaintiff made about her employment at MSU.  In fact, I was not aware of any complaints Perry

made regarding her employment at MSU at that time.


Date: May 10, 2023

                                                 KRISTIE SOVA

Subscribed and sworn to before me this
10 day of May , 2023

Kyla McCarrick , Notary Public
Ingham County,
My Commission Expires: 10/27/2027

Kyla McCarrick
Notary Public of Michigan
Ingham County
Expires 10/27/2027
Acting in the County of Ingham



