UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL PERRY,      Case No. 1:23-cv-202

   Plaintiff,      HON. ROBERT J. JONKER

v.

MICHIGAN STATE UNIVERSITY, et al.,

   Defendants.

_____/

**NOTICE OF CHANGE OF ADDRESS**

   I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

   Old address:   1100 W. Saginaw St., Suite 4A-2, Lansing, MI 48915

   New address:  500 E. Michigan Ave., Suite 130, Lansing, MI 48912

My telephone number remains the same.

Date:  June 6, 2023     Respectfully submitted,

   **s/Elizabeth K. Abdnour**
   Elizabeth K. Abdnour (P78203)
   ELIZABETH ABDNOUR LAW, PLLC
   Attorney for Plaintiff
   500 E. Michigan Ave., Ste. 130
   Lansing, MI 48912
   517-292-0067
   elizabeth@abdnour.com