UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

MINUTES

CRYSTAL PERRY

v.

MICHIGAN STATE UNIVERSITY, et al.

**CASE NO.** 1:23-cv-202
**DATE:** 6/5/23
**TIME:** 3:09 – 3:37 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF(S):**
Elizabeth Abdnour

**DEFENDANT(S):**
Elizabeth Watza

## WITNESSES

**PLAINTIFF(S):**

**DEFENDANT(S):**

## PROCEEDINGS

**NATURE OF HEARING:**

Rule 16 Scheduling Conference held.  Defendants' motion (22) denied on the record. Order to enter.

COURT REPORTER:  Paul Brandell          /s/ Susan Driscoll Bourque
                                                        Case Manager