# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-00202-RJJ | 7/13/2023 | 9:40 - 9:48 AM | Phillip J. Green |

## CASE CAPTION

Perry v. Michigan State University

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Elizabeth Kamm Abdnour | Plaintiff |
| Elizabeth M. Watza | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:**

Status Conference held via Video; order regarding settlement conference to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema