UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CRYSTAL PERRY,

    Plaintiff,                                       Hon. Robert J. Jonker

v.                                                 Case No. 1:23-cv-00202-RJJ-PJG

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants,
_____/

**NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE**

    The Early Settlement Conference set in this matter for December 12, 2023, is rescheduled to **December 14, 2023, at 09:30 AM** with Magistrate Judge Phillip J. Green, 499 Federal Building, 110 Michigan Street N.W., Grand Rapids, Michigan.  In all other respects, including the requirements regarding attendance at the conference and submission of a confidential settlement letter, the Settlement Conference Order entered on July 13, 2023 (ECF No. 34) remains in effect.  The confidential letters will be due three business days, via email at greenmediation@miwd.uscourts.gov, before the rescheduled conference.

                                                                                     PHILLIP J. GREEN
                                                                                     United States Magistrate Judge

Date: November 6, 2023                                /s/ Jessica K. Wright
                                                                    By:  Jessica K. Wright, Deputy Clerk