UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL PERRY,

Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

Defendants.

Case No. 1:23-cv-202

Hon. Robert J. Jonker

Magistrate Judge Phillip J. Green

**STIPULATION AND ORDER TO CONDUCT
SETTLEMENT CONFERENCE REMOTELY**

The parties stipulate to conduct the Settlement Conference scheduled on December 14, 2023, as follows:

1. On November 6, 2023, the Court entered a Case Management Order (ECF No. 36) setting a Settlement Conference for December 14, 2023, at 9:30 a.m. in person.

2. On December 4, 2023, during a phone conference with the court, Counsel for Plaintiff learned that the Pretrial Conference in another matter, *Owens et al. v. Board of Supervisors of Louisiana State University*, Case No. 3:21-cv-242 before the U.S. District Court for the Middle District of Louisiana, was being rescheduled from December 19, 2023, in New Orleans, to December 15, 2023, in Baton Rouge.  This pretrial conference is in person[1]

3. Counsel for Plaintiff advised the court in *Owens v. LSU* that she was scheduled to be in Grand Rapids for the Settlement Conference in this matter on December 14, 2023, and that she did not reasonably believe she could get from Grand Rapids to Baton Rouge in the time

---

[1] A copy of the Order setting the Pretrial Conference in the *Owens v. LSU* matter is attached as Exhibit 1.

1

allotted, and the court told Counsel for Plaintiff that she needed to get this matter rescheduled, as the court was requiring Counsel to be present in Baton Rouge on December 15.

4. Counsel for Plaintiff conferred with Counsel for Defendant on the conflict. Counsel for Defendant was understandably hesitant to reschedule the settlement conference but agreed to change it from in-person to via videoconference so that Counsel for Plaintiff could travel to Lansing from Baton Rouge on Wednesday, December 13, 2023, as traveling on Thursday after the Settlement Conference is not possible.[2]

5. Counsel for Plaintiff sent emails to Court staff on Friday, December 8, and Monday, December 11, 2023, and left a voicemail on Monday, December 11, 2023, requesting that the Settlement Conference be changed from in person to remote and has not received a response.[3]

6. Time is of the essence as Counsel for Plaintiff must book her flight and travel by Wednesday, December 13, 2023.

7. The parties jointly request that the Settlement Conference scheduled for December 14, 2023, take place remotely via videoconference.

8. This modification of the manner in which the Settlement Conference will be conducted will not cause any undue hardship or prejudice to any party.

9. Good cause is shown here as detailed above.

Upon stipulation of the parties, and the Court being otherwise advised in the premises;

---

[2] Counsel for Plaintiff has exhaustively researched flight options.
[3] A copy of the emails is attached as Exhibit 2.

IT IS HEREBY ORDERED that the Settlement Conference set for December 14, 2023, at 9:30 a.m. shall take place via videoconference. The Court shall provide the parties with videoconference information via separate filing or communication.

_____
U.S. District Court Judge

Date:

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER.

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
ABDNOUR WEIKER LLP
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
P: (517) 994-1776
F: (614) 417-5081
liz@education-rights.com

*/s/ Elizabeth M. Watza with permission*
Elizabeth M. Watza (P81129)
MSU Office of General Counsel
Attorney for Defendants
426 Auditorium Road, Room 494
East Lansing, MI 48823
(517) 884-9483
watzaeli@msu.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to counsel of record.

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour