**RE: 1:23-cv-00202-RJJ-PJG Perry v. Michigan State University et al [IWOV-UGC.FID62598]**



Me <liz@education-rights.com>
Mon, 11 Dec 2023 1:29:02 PM -0500 •

To  "Jessica Wright" <Jessica_Wright@miwd.uscourts.gov>

Cc  "Watza, Elizabeth" <watzaeli@msu.edu>, "Angie Doezema" <Angie_Doezema@miwd.uscourts.gov>, "Stechschulte, Robin" <stechsch@msu.edu>

Dear Ms. Wright,

I am just reaching out to check on the status of this request.  I also left a message this morning.  I am sorry to keep bothering you.  I am hoping to schedule a flight to Baton Rouge for Wednesday so I can get there and be present remotely for the entirety of this settlement conference so time is of the essence.  Thank you.



**Liz Abdnour**
Partner
Pronouns: she/her/hers
liz@education-rights.com

Abdnour Weiker, LLP | www.lawyers4students.com
P: (517) 994-1776 | F: (614) 417-5081

Local office: 500 E. Michigan Ave | Suite 130 | Lansing | MI | 48912
Mailing address: 262 S. 3rd Street | Columbus | OH | 43215

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Fri, 08 Dec 2023 15:33:19 -0500 **Liz Abdnour <liz@education-rights.com>** wrote ---



Dear Ms. Wright,

I am so sorry to have to contact you again on this.  I am wondering if it is possible for us to hold this settlement conference remotely.  I just learned Monday that the judge in another case I have in Baton Rouge in the U.S. District Court for the Middle District of Louisiana, Owens et al. v. LSU, has moved the pretrial conference from Tuesday, December 18, to Friday, December 15 at 10:30 am.  She is requiring that counsel appear in person.

The reason for this change is due to a conflict with a different trial that opposing counsel are involved in.  I notified her of the fact that it was going to be difficult if not impossible for me to travel from Grand Rapids on December 14 to be in Baton Rouge the following morning and she advised me that she would not change the scheduling despite my scheduling and travel conflicts.  I am attaching a copy of the order showing the new date of the pretrial conference in that case.

I have researched flights at length and there is no way for me to get from Grand Rapids to Baton Rouge in the time I have available.  I spoke with Ms. Watza and she is willing to agree to do this remotely via Zoom.

Thank you very much for your consideration and I truly apologize for the inconvenience.



**Liz Abdnour**
Partner
Pronouns: she/her/hers
liz@education-rights.com

Abdnour Weiker, LLP | www.lawyers4students.com
P: (517) 994-1776 | F: (614) 417-5081

Local office: 500 E. Michigan Ave | Suite 130 | Lansing | MI | 48912
Mailing address: 262 S. 3rd Street | Columbus | OH | 43215

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Mon, 06 Nov 2023 14:42:08 -0500 **Liz Abdnour <liz@education-rights.com>** wrote ---

Thank you so much!



**Liz Abdnour**
Partner
Pronouns: she/her/hers
liz@education-rights.com

Abdnour Weiker, LLP | www.lawyers4students.com
P: (517) 994-1776 | F: (614) 417-5081

Local office: 500 E. Michigan Ave | Suite 130 | Lansing | MI | 48912
Mailing address: 262 S. 3rd Street | Columbus | OH | 43215

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---- On Mon, 06 Nov 2023 14:27:40 -0500 **Jessica Wright <Jessica_Wright@miwd.uscourts.gov>** wrote ---

The court will issue a notice rescheduling this conference to Dec 14 at 9:30 am. The conference will be held in person at the Courthouse.

Thank you,
Jessica Wright
Judicial Assistant to U.S. Magistrate Judge Phillip J. Green
110 Michigan Street NW, Suite 485
Phone: 616-456-2309

**From:** Watza, Elizabeth <watzaeli@msu.edu>
**Sent:** Friday, November 03, 2023 5:06 PM
**To:** Liz Abdnour <liz@education-rights.com>; Jessica Wright