UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CRYSTAL PERRY,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:23-cv-00202-RJJ-PJG

## ORDER

This matter is before the Court on Plaintiff's Stipulation to Conduct the Early Settlement Conference remotely. (ECF No. 39). The Court being fully advised in the premises, the motion is **GRANTED**. Accordingly,

**IT IS ORDERED** that the Early Settlement Conference set for December 14, 2023, at 9:30 a.m. shall be held remotely. The Court will issue a separate Order with the log in instructions.

**IT IS SO ORDERED**.

Date: December 11, 2023

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge