# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-00202-RJJ | 12/14/2023 | 9:33 AM - 2:53 PM | Phillip J. Green |

## CASE CAPTION

Perry v. Michigan State University

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Elizabeth Kamm Abdnour | Plaintiff |
| Elizabeth M. Watza | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:**

Settlement Conference held via Zoom; Case settled; order to issue regarding dismissal papers.

Portions Digitally Recorded
Deputy Clerk: A. Doezema