UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL PERRY,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants,
_____/

Hon. Robert J. Jonker

Case No. 1:23-cv-00202-RJJ-PJG

**ORDER**

The Court was informed on December 14, 2023, during the settlement conference of the parties' agreement to settle this matter in its entirety. Accordingly, it is **ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Robert J. Jonker, shall be filed with the Court by **January 19, 2024**.

Date: December 15, 2023

    /s/Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge