# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CRYSTAL PERRY,

Plaintiff,

v.

MICHIGAN STATE UNIVERSITY,
et al.,

Defendants.

Case No. 1:23-cv-202

Hon. Robert J. Jonker
Mag. Phillip J. Green

## STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO FILE DISMISSAL PAPERS

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that the deadline for the parties to file dismissal papers in the case is extended from Friday, January 19, 2024, to Friday, February 2, 2024.

The Parties respectfully request this additional time as they are working out the details of the recently agreed upon settlement and gathering logistical information for the transfer of the agreed upon settlement funds.

No Party will be prejudiced by extending the deadline in this matter.

**IT IS SO STIPULATED** on January 18, 2024.

| | |
|---|---|
| *s/ Elizabeth K. Abdnour* | *s/ Elizabeth M. Watza with permission* |
| Elizabeth K. Abdnour (P78203) | Elizabeth M. Watza (P81129) |
| Abdnour Weiker LLP | MSU Office of General Counsel |
| Attorney for Plaintiff | Attorney for Defendants |
| 500 E. Michigan Ave., Ste. 130 | 416 Auditorium Road, Room 494 |
| Lansing, MI 48912 | East Lansing, MI 48823 |
| (517) 994-1776 | 517-884-9483 |
| liz@education-rights.com | watzaeli@msu.edu |

**IT IS SO ORDERED.**

Dated: : _____      _____
                                        Hon. Robert J. Jonker
                                        U.S. District Court Judge

**CERTIFICATE OF SERVICE**

    I, Elizabeth K. Abdnour, counsel for Plaintiff, certify that on January 18, 2024, I filed this Notice by use of this Court's ECF system, which will serve copies to all counsel of record.

                                        */s/ Elizabeth K. Abdnour*