# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL PERRY, | Case No. 1:23-cv-202 |
| Plaintiff, | |
| v. | |
| | Hon. Robert J. Jonker |
| MICHIGAN STATE UNIVERSITY, et al., | Mag. Phillip J. Green |
| Defendants. | |

## SECOND STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO FILE DISMISSAL PAPERS

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that the deadline for the parties to file dismissal papers in the case is extended from Friday, February 2, 2024, to Friday, February 16, 2024.

The Parties respectfully request this additional time as they are working out the details of the recently agreed upon settlement and gathering logistical information for the transfer of the agreed upon settlement funds.

No Party will be prejudiced by extending the deadline in this matter.

**IT IS SO STIPULATED** on February 2, 2024.

| | |
|---|---|
| *s/ Elizabeth K. Abdnour with permission* | *s/ Elizabeth M. Watza* |
| Elizabeth K. Abdnour (P78203) | Elizabeth M. Watza (P81129) |
| Abdnour Weiker LLP | MSU Office of General Counsel |
| Attorney for Plaintiff | Attorney for Defendants |
| 500 E. Michigan Ave., Ste. 130 | 416 Auditorium Road, Room 494 |
| Lansing, MI 48912 | East Lansing, MI 48823 |
| (517) 994-1776 | 517-884-9483 |
| liz@education-rights.com | watzaeli@msu.edu |

**IT IS SO ORDERED.**

Dated: : _____       _____
                                                                  Hon. Robert J. Jonker
                                                                  U.S. District Court Judge

**CERTIFICATE OF SERVICE**

    I, Elizabeth M. Watza, counsel for Defendants, certify that on February 2, 2024, I caused this Notice to be filed by use of this Court's ECF system, which will serve copies to all counsel of record.

                                                          /s/ *Elizabeth M. Watza*