**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CRYSTAL PERRY,                                          Case No. 1:23-cv-202

     Plaintiff,

v.

                                         Hon. Robert J. Jonker

MICHIGAN STATE UNIVERSITY,                 Mag. Phillip J. Green
et al.,

     Defendants.

---

**SECOND STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO FILE DISMISSAL PAPERS**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants that the deadline for the parties to file dismissal papers in the case is extended from Friday, February 2, 2024, to Friday, February 16, 2024.

The Parties respectfully request this additional time as they are working out the details of the recently agreed upon settlement and gathering logistical information for the transfer of the agreed upon settlement funds.

No Party will be prejudiced by extending the deadline in this matter.

**IT IS SO STIPULATED** on February 2, 2024.

_s/ Elizabeth K. Abdnour with permission_
Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
Attorney for Plaintiff
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com

_s/ Elizabeth M. Watza_
Elizabeth M. Watza (P81129)
MSU Office of General Counsel
Attorney for Defendants
416 Auditorium Road, Room 494
East Lansing, MI 48823
517-884-9483
watzaeli@msu.edu

**IT IS SO ORDERED.**

Dated: :   _____February 2, 2024_____        _____/s/ Robert J. Jonker_____
                                            Hon. Robert J. Jonker
                                            U.S. District Court Judge

**<u>CERTIFICATE OF SERVICE</u>**

I, Elizabeth M. Watza, counsel for Defendants, certify that on February 2, 2024, I caused this Notice to be filed by use of this Court's ECF system, which will serve copies to all counsel of record.

_/s/ Elizabeth M. Watza_