UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL PERRY,

Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

Defendants.

Case No. 1:23-cv-202

Hon. Robert J. Jonker

Magistrate Judge Phillip J. Green

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Crystal Perry and Defendants Michigan State University and the Board of Trustees of Michigan State University, through their undersigned counsel, that this civil action, including any and all claims alleged by Plaintiff, or which could have been alleged by Plaintiff, shall be dismissed with prejudice, and without any costs, attorney fees, and/or interest awarded to any party.

The Court having been advised that the parties have agreed to entry of this Order dismissing this civil action with prejudice, and the Court being otherwise fully advised in the premises;

**IT IS SO ORDERED.**

This is a final order and resolves all pending claims against all Defendants with prejudice and closes the case.

Dated: February 20, 2024

 /s/ Robert J. Jonker
HONORABLE ROBERT J. JONKER
United States District Court Judge

STIPULATED BY:

| | |
|---|---|
| By: */s/ Elizabeth K. Abdnour* | */s/ Elizabeth M. Watza with permission* |
| Elizabeth K. Abdnour (P78203) | Elizabeth M. Watza (P81129) |
| ABDNOUR WEIKER LLP | MSU Office of General Counsel |
| 500 E. Michigan Ave., Ste. 130 | Attorney for Defendants |
| Lansing, MI 48912 | 426 Auditorium Road, Room 494 |
| P: (517) 994-1776 | East Lansing, MI 48823 |
| F: (614) 417-5081 | (517) 884-9483 |
| liz@education-rights.com | watzaeli@msu.edu |
| | |
| Dated: February 15, 2024 | Dated: February 15, 2024 |